**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2020
JULY 28, 2021 SESSION



FILED
JUL 29 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:21-cr-00127

18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(b)(2)

**RAYMOND DUGAN**

**I N D I C T M E N T**
(Possession of Child Pornography)

The Grand Jury Charges:

On or about June 11, 2020, at or near Logan, Logan County, West Virginia, and within the Southern District of West Virginia, defendant RAYMOND DUGAN did knowingly possess material, that is, computer graphic image files, containing images and videos of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that involved prepubescent minors and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

**FORFEITURE**

In accordance with Section 2253(a) of Title 18 of the United States Code, and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised on the conviction of defendant RAYMOND DUGAN of a violation of 18 U.S.C. §§ 2252 et seq., as set forth in this Indictment, the defendant shall forfeit to the United States any visual depictions and any books, magazines, periodicals, films, videotapes, and other matter which contains such visual depictions, which were produced, transported, mailed, shipped, or received in connection with the violations set forth in this Indictment, any real and personal property constituting or traceable to gross profits or other proceeds obtained from the violations set forth in this Indictment, and any real and personal property used or intended to be used to commit or to promote the commission of the violations set forth in this Indictment, including, but not limited to computers and other electronic devices or storage media.

LISA G. JOHNSTON
Acting United States Attorney

By: *Julie M. White*
JULIE M. WHITE
Assistant United States Attorney