AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

**SEALED**

| | | |
|---|---|---|
| United States of America<br>v.<br>RAYMOND DUGAN<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 2:21-cr-00127 |

**FILED**
AUG 1 0 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## ARREST WARRANT

REC'D USMS CHARLESTON, WV
JUL 29 2021 PM 3:46

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RAYMOND DUGAN  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Possession of child pornography.

Date:   07/29/2021

*Issuing officer's signature* /tr

City and state:   CHARLESTON, WV

RORY L. PERRY II, CLERK
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8-10-21 , and the person was arrested on *(date)* 8-10-21
at *(city and state)* LOGAN, WV .

Date: 8-10-21

*Arresting officer's signature*

MICHAEL D. FLEENER     SPECIAL AGENT
*Printed name and title*