# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  
**Caption:** USA v. Raymond Dugan  
**Case No.:** 2:21-cr-00127   **Type:** Initial Appearance on Indictment  
**Judge:** Judge Tinsley

**Started:** 8/10/2021 2:55:49 PM  
**Ends:** 8/10/2021 3:11:07 PM   **Length:** 00:15:19

Judge Dwane L. Tinsley  
Courtroom Deputy: Kim Begovich  
Defendant: Raymond Dugan  
Assistant U.S. Attorney: Kristin F. Scott  
Assistant Federal Public Defender: David R. Bungard  
Probation Officer: Kiara Carper  
Court Reporter: CourtSmart

**INITIAL APPEARANCE**

| Time | Event |
|---|---|
| 2:56:04 PM | Judge Dwane L. Tinsley |
| 2:56:56 PM | Case called, noted appearances of counsel, and defendant present in courtroom |
| 2:57:45 PM | Stated rights of defendant and defendant acknowledged these rights |
| 2:58:15 PM | Defendant: Raymond Dugan |
| 2:58:17 PM | Stated personal information |
| 2:58:32 PM | Judge Dwane L. Tinsley |
| 2:58:39 PM | Reviewed financial affidavit and defendant does not qualify for court-appointed counsel |
| 2:58:54 PM | Ordered the appointment of the Office of the FPD for today's purposes only |
| 2:59:20 PM | Stated additional rights of defendant and defendant acknowledged these rights |
| 2:59:39 PM | Stated violation(s) in charging document and possible penalties |
| 3:00:14 PM | Defendant shall next appear for an arraignment on Tuesday, August 17, 2021 at 1:30 p.m. |
| 3:00:48 PM | United States not requesting defendant be detained at this time |
| 3:01:08 PM | The Court has received an oral report from Pretrial Services regarding the release of the defendant. |
| 3:01:18 PM | Ordered the defendant released on a $10,000 unsecured appearance bond with order setting conditions of release |
| 3:03:53 PM | Court outlines conditions |
| 3:08:55 PM | If you fail to abide by the conditions of release, your bond will be revoked and you will be prosecuted on additional charges |
| 3:09:58 PM | Due Process Protections Act of 2020 |
| 3:10:44 PM | Anything else counsel wishes to address? |
| 3:10:50 PM | Hearing Adjourned |