UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 2:21-cr-00127

RAYMOND DUGAN

**O R D E R**

On August 10, 2021, the defendant appeared in person for the purpose of an initial appearance pursuant to an indictment being returned against him. Kristin F. Scott, Assistant United States Attorney, was present for the United States and David R. Bungard, Assistant Federal Public Defender, was present for the defendant. Also present was Kiara Carper, United States Probation Officer.

The Court informed the defendant of the charges in the case, of the defendant's right to counsel, and of matters relating to conditions of release. The Court further informed the defendant that he is not required to make a statement and that any statement made by the defendant may be used against him.

After review of the financial affidavit submitted by the defendant, the Court found that the defendant did not qualify for court-appointed. However, the Court **ORDERED** that the Office of the Federal Public Defender shall represent the defendant for the purposes of today's hearing only as the defendant did not have representation. The court instructed the defendant to retain counsel prior to further proceedings in this matter.

It is **ORDERED** that the defendant shall appear for an arraignment on *Tuesday, August 17, 2021, at 1:30 p.m.* in Charleston.

The Court received an oral report from the probation officer recommending that the defendant be released on bond. There being no objection from the United States[1], it is hereby **ORDERED** that the defendant is released on a Ten Thousand Dollar unsecured Appearance Bond and Order Setting Conditions of Release as outlined under separate order.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshals Service.

**ENTER:**   August 11, 2021

Dwane L. Tinsley
United States Magistrate Judge

---

[1] The United States did not file a Motion for Detention Hearing.