# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**UNITED STATES OF AMERICA**

v.  Case number: 2:21-cr-00127

**RAYMOND DUGAN**

## NOTICE OF ATTORNEY APPEARANCE

This 16th day of August 2021, Defendant Raymond Dugan, by counsel, hereby gives notice that, David Schles, WVBar #6375, with offices at the address below will represent Raymond Dugan in this pending matter. Please add Mr. Schles to the CM/ECF filing system for this matter.

**Respectfully Submitted,**
**Raymond Dugan**
**By counsel,**

**s/ David Schles**
David Schles (WV Bar #6375)
815 Quarrier Street
Suite 306
Charleston, WV 25301
(304) 344-1559
Schleslaw@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  Case number: 2:21-cr-00127

RAYMOND DUGAN

CERTIFICATE OF SERVICE

I, David Schles, counsel for defendant, Raymond Dugan do hereby certify that on this 16th day of August 2021, the foregoing NOTICE OF ATTORNEY APPEARANCE was served upon the following by CM/EMF electronic filing to:

Julie M. White
Assistant United States Attorney
P. O. Box 1713
Charleston, WV  25326-1713

s/ David Schles
David Schles, WV Bar #6375
815 Quarrier Street
Suite 306
Charleston, WV 25301
(304) 344-1559
Schleslaw@gmail.com