# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston          **Case No.:** 2:21-cr-00127  **Type:** Arraignment
**Caption:** USA v. Raymond Dugan          **Judge:** Judge Tinsley

**Started:**  8/17/2021 1:36:49 PM
**Ends:**   8/17/2021 1:52:40 PM          **Length: 00:15:52**

Judge Dwane L. Tinsley
Courtroom Deputy: Kim Begovich
Defendant: Raymond Dugan
Assistant U.S. Attorney: Julie M. White
Retained Defense Attorney: David O. Schles
Probation Officer: Lilla Adkins
Court Reporter: CourtSmart

**ARRAIGNMENT**

| | |
|---|---|
| 1:38:06 PM | Judge Dwane L. Tinsley |
| 1:38:16 PM | Called cased, noted appearances of counsel, defendant present in courtroom |
| 1:38:39 PM | Defendant placed under oath by Courtroom Deputy |
| 1:39:02 PM | Stated rights of defendant and defendant acknowledged these rights |
| 1:39:07 PM | Defendant: Raymond Dugan |
| 1:39:10 PM | Stated personal information |
| 1:39:35 PM | Has retained David Schles to represent him |
| 1:39:50 PM | Judge Dwane L. Tinsley |
| 1:39:52 PM | Questions defendant about indictment related matters |
| 1:40:01 PM | Defendant pleads not guilty to charge(s) contained in the indictment |
| 1:40:16 PM | Stated district judge assignment, and dates for trial and pretrial motions hearing |
| 1:40:27 PM | If courtroom technology is required for use at trial or other proceedings, counsel shall notify the court's technology staff five business days prior to commencement of the proceeding |
| 1:41:07 PM | Defendant does waive the right to be present at the pretrial motions hearing |
| 1:41:15 PM | The waiver has been signed and will be filed with the Clerk |
| 1:41:33 PM | Parties have elected the standard discovery; pretrial motions, voir dire and witness list dates given |
| 1:41:58 PM | Make sure chambers receives a copy of all motions filed with the clerk |
| 1:42:07 PM | Advised counsel to give USMS 30 days notice for out-of-custody defendants/witnesses and cancel when unnecessary |
| 1:42:25 PM | Court and parties review and discuss Pretrial Services Report |
| 1:42:53 PM | Retained Defense Attorney: David O. Schles |
| 1:46:41 PM | Probation Officer: Lilla Adkins |
| 1:47:28 PM | Assistant U.S. Attorney: Julie M. White |
| 1:47:32 PM | No objections to suggested amendments |
| 1:47:53 PM | Judge Dwane L. Tinsley |
| 1:48:04 PM | The defendant was previously released on bond and the same conditions of release are still in full force and effect |
| 1:48:14 PM | This Court will impose the additional conditions as proposed by probation |
| 1:49:28 PM | If you fail to abide by the conditions of release, your bond will be revoked and you will be prosecuted on additional charges |
| 1:50:10 PM | Anything else counsel wishes to address? |
| 1:50:12 PM | Assistant U.S. Attorney: Julie M. White |
| 1:50:21 PM | Proposed Protective Order |
| 1:50:41 PM | Judge Dwane L. Tinsley |
| 1:50:44 PM | That issue will be addressed by Judge Goodwin |
| 1:51:16 PM | Retained Defense Attorney: David O. Schles |
| 1:51:22 PM | Discusses issues with Protective Order |
| 1:52:09 PM | Judge Dwane L. Tinsley |
| 1:52:23 PM | Hearing adjourned |