UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

VS.  Case No. 2:21-cr-00127

RAYMOND DUGAN

### WAIVER OF RIGHT TO BE PRESENT
### AT HEARINGS ON MOTIONS PRIOR TO TRIAL

I hereby waive my right to be present at the hearing and or argument on any and all motions prior to the actual commencement of the trial of my criminal case now pending in this court.

I have been advised of my right to be present and understand that I may be present at the hearing and/or argument on any and all motions if I desire to do so.

_____
Defendant

Witness: _____

8/17/2021
Date