UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 2:21-cr-00127

RAYMOND DUGAN

**O R D E R**

On August 17, 2021, came the United States by Julie M. White, Assistant United States Attorney, and came the defendant in person and by counsel, David O. Schles, for the purpose of an arraignment as previously ordered by the Court.  Also present was Lilla Adkins, United States Probation Officer.

The Arraignment was held and the Arraignment Order and Standard Discovery Requests was completed and filed.

The Court received and reviewed the Pretrial Services Report that was submitted after the defendant's initial appearance.  Upon review of the report, it appears that the probation office has recommended several amendments and additions to the defendant's conditions of release on bond.  Counsel for the United States and counsel for the defendant have also reviewed the report and did not have any objections to the amendments and additions as recommended.  There were no objections to the defendant remaining on pretrial release.

Accordingly, it is hereby **ORDERED** that the defendant remain on the Ten Thousand Dollar unsecured Appearance Bond and Order Setting Conditions of Release as previously ordered with the following amendments and additions:

1. Standard Condition 7(f) is modified to include "Out of state travel for work purposes only must be submitted to the probation officer no later than two weeks in advance;"

2. Additional Condition 5 on page 3a shall now read "The defendant must not possess or use a computer or other devise (as defined in 18 U.S.C. § 1030(e)(1)) capable of Internet access until a Computer Use Agreement is developed and approved by the pretrial officer. Such approval will not be unreasonably withheld. Such computers, cellular devises, computer hardware or software possessed solely by the defendant is subject to searches and/or seizures by the probation office;"

3. Additional Conditions referred to on page 3a shall include "At the direction of the supervising pretrial officer, the defendant must submit to a search of any and all computers or other electronic devices, including passive (e.g., monitoring software) and active (e.g., looking at files on a local drive) searches;" and

4. Additional Conditions referred to on page 3a shall include "The defendant shall notify any current or potential employers of any risks associated to the third party while on pretrial release, as directed by the probation officer."

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshals Service.

**ENTER:** August 18, 2021

Dwane L. Tinsley
United States Magistrate Judge