IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.                                              CRIMINAL ACTION NO. 2:21-cr-00127

RAYMOND DUGAN

**ORDER**

Pending before the court is the motion by the United States for Discovery Protective Order [ECF No. 19].  A hearing on this matter is **SCHEDULED** for **Tuesday, August 31, 2021, at 10:00 a.m**.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:   August 25, 2021

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE