**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

v.                                              CRIMINAL ACTION NO. 2:21-cr-00127

RAYMOND DUGAN

**ORDER**

The motion hearing, previously scheduled in this matter for Tuesday, August 31, 2021, at 10:00 a.m., is **CANCELED**.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:   August 27, 2021

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE