```
        IN THE UNITED STATES DISTRICT COURT FOR THE
            SOUTHERN DISTRICT OF WEST VIRGINIA
                        CHARLESTON
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:21-cr-00127

RAYMOND DUGAN

SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA
TO DEFENDANT'S STANDARD DISCOVERY REQUESTS AND
REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure, the Arraignment Order and Standard Discovery Request entered by the Court in this case on August 17, 2021, and the Protective Order entered by the Court in this case on August 27, 2021, the United States of America, by counsel, herewith supplements its response to defendant's Standard Discovery Requests as follows:

**Request E:  Permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, building or places, or copies or portions of any of those items, if the item is within the government's possession, custody or control, and (i) the item is material to preparing the defense; (ii) the government intends to use the item in its case-in-chief at trial; or (iii) the item was obtained from or belongs to defendant.  [Fed. R. Crim. P. 16(a)(1)(E)]**

**Response:** The United States will arrange for inspection of any physical evidence at a time mutually convenient for the parties. Please contact AUSA Julie M. White to arrange a date and time. The United States further discloses the following:

    k. Search Warrant Application and accompanying documentation (DUGAN-PROTECTED-000060-PROTECTED-000123).

**Request M:  Provide notice to defendant of the government's intention to use evidence pursuant to Rule 12(b)(4)(B) of the Federal Rules of Criminal Procedure.**

**Response:** The United States reserves the right to use all information and evidence disclosed herein or made available for inspection and copying pursuant to this Response and such information and evidence which may be discovered and finally provided to defendant.

Any discovery provided that is not mandated by Court order, the Federal Rules of Criminal Procedure, federal statute or federal case law, is provided voluntarily as a matter of discretion solely to expedite and facilitate litigation of this case.

REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY

Pursuant to Rules 16.1(b) and 16.1(d) of the Local Rules of Criminal Procedure, the United States of America requests that defendant provide all applicable reciprocal discovery within 14 days of the service of this response and the provision of materials requested by defendant in the Standard Discovery Request.

    Respectfully submitted,

    LISA G. JOHNSTON
    Acting United States Attorney

By: /s/ Julie M. White
    JULIE M. WHITE
    Assistant United States Attorney
    WV Bar No. 13971
    300 Virginia Street, East Room 4000
    Charleston, WV 25301
    Telephone:  304-345-2200
    Fax: 304-347-5104
    Email:  Julie.white@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 1st day of September , 2021 to:

    David Schles, Esq.
    815 Quarrier Street, Suite 306
    Charleston, West Virginia 25301
    Email: Schleslaw@gmail.com

    /s/ Julie M. White
    JULIE M. WHITE
    Assistant United States Attorney
    WV Bar No. 13971
    300 Virginia Street, East Room 4000
    Charleston, WV 25301
    Telephone: 304-345-2200
    Fax: 304-347-5104
    Email: Julie.white@usdoj.gov