# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.   CRIMINAL ACTION NO. 2:21-cr-00127

RAYMOND DUGAN

## ORDER

Pending is the defendant's unopposed motion to continue the trial and associated pretrial dates and to reserve the right to file pretrial motions.

The requested delay is not attributable to lack of diligent preparation, to failure to obtain evidence or witnesses, or to congestion of the court's calendar.

Believing that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, the court **GRANTS** the motion [ECF No. 29] for continuance and to reserve the right to file pretrial motions. The trial, previously scheduled for October 13, 2021, is **CONTINUED** to **December 14, 2021**, **at 8:30 a.m.** The parties shall submit their respective witness lists and any proposed voir dire and jury instructions no later than **December 7, 2021**.

The pretrial motions hearing, previously scheduled for September 22, 2021, is **CONTINUED** to **November 22, 2021, at 11:00 a.m**. Any motions to be addressed at the pretrial motions hearing shall be filed no later than **November 8, 2021**.

The court **FINDS** that the time between October 13, 2021, and December 14, 2021, is excludable from the computation of time within which trial must commence, pursuant to 18 U.S.C. § 3161(h)(7).

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: September 9, 2021

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE