IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


UNITED STATES OF AMERICA


v.                                                                    Case number: 2:21-cr-00127


RAYMOND DUGAN


DEFENDANT'S MOTION TO CONTINUE  TRIAL
AND ASSOCIATED PRETRIAL DATES
 AND TO RESERVE THE RIGHT TO FILE PRETRIAL MOTIONS

Now comes the defendant, Raymond Dugan,  by counsel,   David Schles,  and moves this

Court to continue the trial and all associated events in this matter, including the date for filing of

additional pre-trial motions.  In support of this motion the defendant avers:

1. Mr. Dugan  was arraigned on August 17, 2021. The trial was initially  scheduled for

October 13, 2021. Defendant previously moved for  continuances which the court granted. The

trial is currently scheduled for February 22, 2022; pretrial motions are due January 24, 2022; and

the pretrial motions hearing is scheduled for February 7, 2022.

2. The discovery disclosures are voluminous and complex, many dealing with highly

technical matters. Counsel and the defendant have been meeting to review the discovery as

required by the terms of the protective order but need additional time as all review of the

discovery material must take place at counsel's office and in counsel's presence. The defense

will also need to retain and utilize an expert in digital forensics as part of this process. The

defense has been working diligently but substantially more time will be required for the defense

to prepare both for pretrial proceedings and for the trial. As the Court is aware this is a case

involving digital technology and the hardware and software involved in internet communications.

The field is ever changing and evolving, presenting technical materials and methods with which

counsel must become intimately familiar in order to effectively advise and represent the

defendant.

      3. Counsel has consulted with Defendant regarding this proposed continuance. Defendant

knowingly and intelligently waives any speedy trial rights under 18 U.S.C. § 3161, to the extent

any portion of the requested delay is not excluded by the statute, and under the Sixth

Amendment.

      4. Counsel for the defendant has also conferred with counsel for the government,

Assistant United States Attorney Julie White, and is authorized to inform the Court that the

government does not object to the requested continuance.

      5. The defendant certifies that the reasons for the request do not include general

congestion of the Court's calendar, or lack of diligent preparation on the part of the parties

involved.

      Wherefore, in light of the foregoing, the defendant respectfully requests that this Court

continue the trial and associated pretrial dates. Defendant respectfully requests that the trial,

pretrial hearing, deadline for filing motions and all other associated dates be continued for

approximately sixty  (60) days.

Respectfully Submitted,
Raymond Dugan
By counsel,


**s/ David Schles**
David Schles (WV Bar #6375)
815 Quarrier Street
Suite 306
Charleston, WV 25301
(304) 344-1559
Schleslaw@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                                    **Case number: 2:21-cr-00127**

**RAYMOND DUGAN**


**CERTIFICATE OF SERVICE**

      I, David Schles, counsel for defendant, Raymond Dugan  do hereby certify that on this 21st  day of January, 2022,  the foregoing  DEFENDANT'S MOTION TO CONTINUE  TRIAL AND ASSOCIATED PRETRIAL DATES  AND TO RESERVE THE RIGHT TO FILE PRETRIAL MOTIONS was  served upon the following by CM/EMF electronic filing:


Julie M. White
Assistant United States Attorney
P. O. Box 1713
Charleston, WV  25326-1713


                                s/ David Schles
                                David Schles, WV Bar #6375
                                815 Quarrier Street
                                Suite 306
                                Charleston, WV 25301
                                (304) 344-1559
                                Schleslaw@gmail.com