IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:21-cr-00127

RAYMOND DUGAN

ORDER

For reasons appearing to the court the pretrial motions hearing, previously scheduled in this matter for April 25, 2022, at 10:00 a.m., is **RESCHEDULED** to **Thursday, April 21, 2022, at 1:30 p.m.** The court **DIRECTS** the United States to file a response to the pretrial motions by **Monday, April 18, 2022**.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:  April 12, 2022

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Case 2:21-cr-00127   Document 39   Filed 04/12/22   Page 2 of 2 PageID #: 189