IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:21-cr-00127

RAYMOND DUGAN

## ORDER

Pending before the court is the unopposed motion by the United States for extension of time to file responses and for a continuance of the pretrial motions hearing [ECF No. 40]. For good cause shown, the unopposed motion is **GRANTED**. The pretrial motions hearing, previously scheduled in this matter for April 21, 2022, is **CONTINUED** to **Friday, April 29, 2022, at 10:00 a.m.** It is further **ORDERED** that the United States file responses to the pretrial motions by **Monday, April 25, 2022**.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: April 18, 2022

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE