IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:21-cr-00127

**RAYMOND DUGAN**

## UNITED STATES NOTICE OF CERTIFICATION
## FOR USE OF COURTROOM TECHNOLOGY

Comes now the United States of America by Assistant United States Attorney Julie M. White, and hereby certifies, pursuant to Local Rule of Criminal Procedure 12.1(e), that it has conferred with the court's technology staff of its intention to use courtroom technology at the hearing to be held in this case on April 29, 2022.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

/s/Julie M. White
JULIE M. WHITE
Assistant United States Attorney
WV Bar No. 13971
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email: Julie.white@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing "UNITED STATES NOTICE OF CERTIFICATION FOR USE OF COURTROOM TECHNOLOGY" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing, in addition to mailing, on this 28th day of April, 2022, to:

>David Schles, Esq.
>815 Quarrier Street
>Suite 306
>Charleston, WV  25301

>/s/Julie M. White
>Assistant United States Attorney
>WV Bar No. 13971
>300 Virginia Street East Room 4000
>Charleston, WV 25301
>Telephone:  304-345-2200
>Fax:  304-347-5104
>Email:  Julie.white@usdoj.gov