# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

Date:  4/29/2022          Case Number  2:21-cr-00127

Case Style            USA vs. Raymond  Dugan

Type of hearing       Pretrial Motions Hearing

Before the Honorable: 2513-Goodwin

Court Reporter        Kimberly Kaufman              Courtroom Deputy  Robin Clark

Attorney(s) for the Plaintiff or Government

Julie White

Attorney(s) for the Defendant(s)

David Schles

Law Clerk             Denali Hedrick

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 10:00 AM | 11:20 AM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 01:20

## Courtroom Notes

Scheduled start time 10:00 a.m.
Actual start time 10:00 a.m.

PRETRIAL MOTIONS HEARING
Counsel for parties present
Deft present
Pending motions:
Motion by Deft to compel
Motion by Deft to suppress
Motions by Deft and Govt to seal
Argument by deft concerning motion to suppress
Argument by Govt concerning motion to suppress
Govt Witness 1  Special Agent Michael Fleener
Direct by Govt
Oral Motion by Govt to seal Exhibit 1 is GRANTED.
Govt Exhibit 1 marked & admitted (SEALED)
Cross by Deft
Motion by Deft to compel is DENIED.
Additional argument by Deft and the Govt
Motion by Deft to suppress is DENIED.
Oral Motion by Deft to continue the trial date is GRANTED.  The trial is continued to May 17, 2022 at 8:30 a.m.
The motions to seal remain pending.
End time 11:20 a.m.