IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.   CRIMINAL ACTION NO. 2:21-cr-00127

RAYMOND DUGAN

WITNESS LIST

| Presiding Judge:<br><br>Joseph R. Goodwin | Government Attorney(s):<br><br>Julie White | Defendant Attorney(s):<br><br>David Schles |
|---|---|---|
| Proceeding Date(s):<br><br>4-29-22 | Court Reporter:<br><br>Kimberly Kaufman | Courtroom Deputy:<br><br>Robin Clark |

| Date | Govt No. | Witness | Date | Deft No. | Witness |
|---|---|---|---|---|---|
| 4-29-22 | 1 | Special Agent Michael Fleener | | | |