# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.     CRIMINAL ACTION NO. 2:21-cr-00127

RAYMOND DUGAN

### ORDER

During the pretrial motions hearing, held on April 29, 2022, the defendant made an oral motion to continue the trial.  The oral motion to continue the trial was **GRANTED**.  The trial, previously scheduled for May 10, 2022, is **CONTINUED** to **May 17, 2022**, **at 8:30 a.m.** The parties shall submit their respective witness lists and any proposed voir dire and jury instructions no later than **May 10, 2022**.

The court **FINDS** that the time between May 10, 2022, and May 17, 2022, is excludable from the computation of time within which trial must commence, pursuant to 18 U.S.C. § 3161(h)(7).

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:  April 29, 2022

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE