IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.                                          CRIMINAL ACTION NO. 2:21-cr-00127

RAYMOND DUGAN

**ORDER**

During the pretrial motions hearing, held on April 29, 2022, the United States made an oral motion to file Exhibit 1 under seal. The oral motion to seal was **GRANTED**. The court **DIRECTS** the Clerk to file the United States' Exhibit 1 under **SEAL**.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: April 29, 2022

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE