# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON**
Suite 2400
300 Virginia Street, East
Charleston, WV 25301

P. O. Box 2546
Charleston, WV 25329
304/347-3000

[www.wvsd.uscourts.gov](www.wvsd.uscourts.gov)

**Reply to:  Charleston**



**THOMAS E. JOHNSTON**
Chief Judge

**RORY L. PERRY II**
Clerk of Court

**HUNTINGTON**
Room 101
845 Fifth Avenue
Huntington, WV 25701
304/529-5588

**BECKLEY**
Room 119
110 North Heber Street
Beckley, WV 25801
304/253-7481

**BLUEFIELD**
Room 1000
601 Federal Street
Bluefield, WV 24701
304/327-9798

## COVID-19 JUROR QUESTIONNAIRE

Pursuant to the authority of the United States District Court for the Southern District of West Virginia, you are **DIRECTED** to answer and **return this questionnaire on or before Wednesday, May 11, 2022**. If you elect to return your questionnaire by mail, you may for that purpose use the enclosed addressed and pre-stamped envelope.  You can also return your questionnaire by email to chasjury@wvsd.uscourts.gov or fax to (304) 347-3027.  Your responses are confidential but will be read by the parties in the case and their counsel.

1. A trial is expected to take place from May 17, 2022, to March 18, 2022, Tuesday through Wednesday from 9:00 a.m. to 5:00 p.m. each day. Do you have any reason not already listed in your other juror questionnaire why you are not able to serve on a jury for those dates?

   Check One:     Yes _____     No _____

   If yes, briefly explain:

   _____
   _____
   _____

2. Do you object to participating in a jury trial as a result of the COVID-19 pandemic?

   Check One:     Yes _____     No _____

   If yes, briefly explain:

   _____
   _____
   _____

Page 1 of 3

3.  Have you or someone you live with experienced symptoms of COVID-19, such as fever, nausea, or a cough within the last 14 days?

    Check One:    Yes _____    No _____

    If yes, briefly explain:

    _____
    _____
    _____

4.  Have you or someone you live with tested positive for COVID-19?

    Check One:    Yes _____    No _____

    If yes, state when and briefly explain:

    _____
    _____
    _____

5.  Have you or someone you live with come in contact with someone who has been diagnosed with COVID-19 in the last 14 days?

    Check One:    Yes _____    No _____

    If yes, briefly explain:

    _____
    _____
    _____

6.  Have you and those you live with substantially complied with state and federal guidance regarding social distancing and other preventative safety measures during the COVID-19 pandemic?

    Check One:    Yes _____    No _____

    If no, briefly explain:

    _____
    _____
    _____

7. Do you have any personal belief or physical condition that would prevent you from wearing a face mask indoors for extended periods of time?

    Check One:   Yes _____   No _____

    If yes, briefly explain:

    _____

    _____

    _____

8. Are you a healthcare worker or first responder directly involved with the treatment of COVID-19?

    Check One:   Yes _____   No _____

    If yes, briefly explain:

    _____

    _____

    _____

9. Do you work in a job that places you in direct contact with individuals diagnosed with COVID-19 or do you live with anyone who is?

    Check One:   Yes _____   No _____

    If yes, briefly explain:

    _____

    _____

    _____

10. Have you traveled out-of-state at any time on or after May 4, 2022, or do you plan to engage in such travel prior to May 17, 2022?

    Check One:   Yes _____   No _____

11. Have you received the COVID vaccination?

    Check One:   Yes _____   No _____

12. If Yes to question 11 above, did you receive both doses, or, in the alternative, did you receive a vaccine that does not require two doses?

    ☐   Both doses   Dates received: _____ and _____

    ☐   Singular dose (two not required)   Date received: _____