# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON**
Suite 2400
300 Virginia Street, East
Charleston, WV 25301

P. O. Box 2546
Charleston, WV 25329
304/347-3000

www.wvsd.uscourts.gov

**Reply to:  Charleston**



**THOMAS E. JOHNSTON**
Chief Judge

**RORY L. PERRY II**
Clerk of Court

**HUNTINGTON**
Room 101
845 Fifth Avenue
Huntington, WV 25701
304/529-5588

**BECKLEY**
Room 119
110 North Heber Street
Beckley, WV 25801
304/253-7481

**BLUEFIELD**
Room 1000
601 Federal Street
Bluefield, WV 24701
304/327-9798

May 4, 2022

Dear Juror,

You have been summoned for jury duty at the United States District Courthouse, 300 Virginia Street, East, Charleston, WV, for a two-day trial expected to take place beginning Tuesday, May 17, 2022.  This letter comes with a confidential juror questionnaire, which **you must answer and return as part of your duties as a potential juror**.

Because we are all affected by the COVID-19 pandemic, I want to describe some of the important precautions we are taking to protect the health of each juror, court personnel, attorneys, and parties. To the extent feasible, we intend to comply with the Centers for Disease Control and Prevention and West Virginia state government policies and practices, and recommendations from the Administrative Offices of the United States Courts, including:

1) Jurors reporting for jury duty on May 17, 2022, at 8:00 a.m. will be spread throughout a large courtroom during jury selection;
2) Jurors will be required to wear face masks (you may bring your own, but masks will be provided at the courthouse entrance) while inside the building.  All participants are required to wear masks in Judge Goodwin's courtroom.
3) Appropriate social distancing practices will be followed throughout the trial for the jurors selected and all other participants.

We will consider additional measures prior to and during the trial as guidance provides more information and recommendations.

Attached to this letter is a brief questionnaire related to the COVID-19 pandemic. ***You must complete this questionnaire and return it no later than Wednesday, May 11, 2022***. You may mail your responses in the envelope provided, or return them by email to chasjury@wvsd.uscourts.gov or by fax to (304) 347-3027.

I know that jury service is always an imposition on citizens, but jury trials are a constitutional duty. Though COVID-19 presents new challenges, justice requires that we proceed.

Sincerely,

*Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE