IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERCA**

v.                                                            CRIMINAL NO. 2:21-cr-00127

**RAYMOND DUGAN**

### UNITED STATES PROPOSED SUPPLEMENTAL JURY INSTRUCTION

Comes now the United States of America, by Julie M. White, Assistant United States Attorney for the Southern District of West Virginia, and submits the following proposed jury instruction.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

By:   /s/ Julie M. White
JULIE M. WHITE
Assistant United States Attorney
WV Bar No. 13971
300 Virginia Street, East Room 4000
Charleston, WV 25301
Telephone:  304-345-2200
Fax: 304-347-5104
Email:  Julie.white@usdoj.gov

**UNITED STATES PROPOSED SUPPLEMENTAL INSTRUCTION NO. 1**

**DEFINITIONS**

**PREPUBESCENT**

A minor is prepubescent if he or she has not reached puberty, or a minor who has not attained twelve years of age.

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing "UNITED STATES PROPOSED SUPPLEMENTAL JURY INSTRUCTION" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 10th day of May, 2022 to:

>David Schles, Esq.
>815 Quarrier Street, Suite 306
>Charleston, WV  25301

>/s/ Julie M. White
>JULIE M. WHITE
>Assistant United States Attorney
>WV Bar No. 13971
>300 Virginia Street, East Room 4000
>Charleston, WV 25301
>Telephone:  304-345-2200
>Fax: 304-347-5104
>Email:  Julie.white@usdoj.gov