IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.                                              CRIMINAL NO. 2:21-cr-00127

**RAYMOND DUGAN**

## O R D E R

For the reasons set forth in the Motion to Seal, Exhibits 3, 4, 5, and 6 are hereby filed under SEALED.

ENTER: May 12, 2022

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE