# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                                                                    **Case number: 2:21-cr-00127**

**RAYMOND DUGAN**

### DEFENDANT'S MOTION TO CONTINUE TRIAL

Now comes the defendant, Raymond Dugan, by counsel, David Schles, and moves this Court to continue the trial in this matter, In support of this motion the defendant avers:

1. Mr. Dugan was arraigned on August 17, 2021. The trial is currently scheduled for June 15, 2022.

2. On June 1, 2022, a superseding indictment was filed in this matter. The superseding indictment while charging a violation of the same code subsection as the original indictment, appears to significantly alter the government's theory of the case, the elements of the offense and the nature of the proof required. Necessarily, the defense theory of the case must now be reexamined.

3. Counsel is currently attending the annual CJA conference in Morgantown and will be out of state next week. Counsel needs to thoroughly research the matter, review the discovery to determine how the potential evidence supports or fails to support the new charge, rethink tactical and strategic choices and crucially meet with Mr. Dugan in advance of trial to explain matters and advise as to the avenues of defense given the new charge.

3. Counsel for the United States, Assistant United States Attorney Julie White, authorized undersigned counsel to inform the Court that the government does not object to the requested continuance. Counsel has also consulted with Mr. Dugan and Mr. Dugan also does not object to a continuance with the understanding this may result in a significant delay in the trial and that all time will be excluded from speedy trial calculations.Wherefore, in light of the foregoing, the defendant respectfully requests that this Court continue the trial and associated pretrial dates.  Defendant respectfully requests that the trial be continued for approximately 30 days .

Respectfully Submitted,
Raymond Dugan
By counsel,


**s/ David Schles**
David Schles (WV Bar #6375)
815 Quarrier Street
Suite 306
Charleston, WV 25301
(304) 344-1559
Schleslaw@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                                                       Case number: 2:21-cr-00127

**RAYMOND DUGAN**

CERTIFICATE OF SERVICE

     I, David Schles, counsel for defendant, Raymond Dugan  do hereby certify that on this 2nd  day of June 2022,  the foregoing  DEFENDANT'S MOTION TO CONTINUE  TRIAL was  served upon the following by CM/EMF electronic filing:

Julie M. White
Assistant United States Attorney
P. O. Box 1713
Charleston, WV  25326-1713

                                                                          s/ David Schles
                                                                          David Schles, WV Bar #6375
                                                                          815 Quarrier Street
                                                                          Suite 306
                                                                          Charleston, WV 25301
                                                                          (304) 344-1559
                                                                          Schleslaw@gmail.com