IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  Case number: 2:21-cr-00127

RAYMOND DUGAN

### DEFENDANT'S MOTION TO CONTINUE ARRAIGNMENT ON SUPERSEDING INDICTMENT

Now comes the defendant, Raymond Dugan, by counsel, David Schles, and moves this Court to continue the arraignment in this matter. In support of this motion the defendant avers:

1. Mr. Dugan was initially arraigned on August 17, 2021, and has been on release on an unsecured bond since that date.

2. On June 1, 2022, a superseding indictment was filed in this matter. On June 2, 2022, an order was entered scheduling arraignment on the superseding indictment for June 9, 2022.

3. Counsel is currently attending the annual CJA conference in Morgantown and then will be out of state through next week. Counsel will not return to the district until June 11, 2022.

4. Counsel for the United States, Assistant United States Attorney Julie White, authorized undersigned counsel to inform the Court that the government does not object to the requested continuance.

In light of the foregoing, the defendant respectfully requests that this Court continue the

arraignment to the week of June 13, 2022, and notes Ms. White will be unavailable on June 17, 2022.

        Respectfully Submitted,
        Raymond Dugan
        By counsel,

        **s/ David Schles**
        David Schles (WV Bar #6375)
        815 Quarrier Street
        Suite 306
        Charleston, WV 25301
        (304) 344-1559
        Schleslaw@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  Case number: 2:21-cr-00127

RAYMOND DUGAN

CERTIFICATE OF SERVICE

    I, David Schles, counsel for defendant, Raymond Dugan do hereby certify that on this 2nd day of June 2022, the foregoing DEFENDANT'S MOTION TO CONTINUE ARRAIGNMENT ON SUPERSEDING INDICTMENT was served upon the following by CM/EMF electronic filing:

Julie M. White
Assistant United States Attorney
P. O. Box 1713
Charleston, WV 25326-1713

                                               s/ David Schles
                                               David Schles, WV Bar #6375
                                               815 Quarrier Street
                                               Suite 306
                                               Charleston, WV 25301
                                               (304) 344-1559
                                               Schleslaw@gmail.com