IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:21-cr-00127

RAYMOND DUGAN

ORDER

Pending is the defendant's unopposed motion to continue the trial. The requested delay is not attributable to lack of diligent preparation, to failure to obtain evidence or witnesses, or to congestion of the court's calendar.

Believing that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, the court **GRANTS** the motion [ECF No. 71] to continue the trial. The trial, previously scheduled for June 15, 2022, is **CONTINUED** to **August 2, 2022**, **at 8:30 a.m.** The parties may file supplemental witness lists and proposed voir dire and jury instructions by **July 26, 2022**.

The court **FINDS** that the time between June 15, 2022, and August 2, 2022, is excludable from the computation of time within which trial must commence, pursuant to 18 U.S.C. § 3161(h)(7).

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: June 2, 2022

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE