# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.  Case No.: 2:21-cr-00127

**RAYMOND DUGAN**

### O R D E R

The Court previously scheduled an arraignment on the superseding indictment filed in this matter for *Thursday, June 9, 2022, at 11:30 a.m.* in Charleston.

On June 2, 2022, David O. Schles, counsel for the defendant, filed Defendant's Motion to Continue Arraignment on Superseding Indictment [ECF No. 73]. The United States has no objection to the continuance. It is hereby **ORDERED** that the Motion is **GRANTED** and the arraignment shall now take place on *Monday, June 13, 2022, at 11:00 a.m.* in Charleston.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshals Service.

**ENTER:**   June 3, 2022

Dwane L. Tinsley
United States Magistrate Judge