# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  
**Caption:** USA v. Raymond Dugan  
**Case No.:** 2:21-cr-00127  
**Judge:** Judge Tinsley  
**Type:** Arraignment

**Started:** 6/13/2022 11:26:11 AM  
**Ends:** 6/13/2022 11:36:19 AM  **Length:** 00:10:09

Judge Dwane L. Tinsley  
Courtroom Deputy: Kim Begovich  
Defendant: Raymond Dugan  
Assistant U.S. Attorney: Julie M. White  
Retained Defense Attorney: David O. Schles  
Probation Officer: Kiara Carper  
Court Reporter: CourtSmart

**ARRAIGNMENT**

| Time | Event |
|---|---|
| 11:27:52 AM | Judge Dwane L. Tinsley |
| 11:28:05 AM | Called cased, noted appearances of counsel, defendant present in courtroom |
| 11:28:32 AM | Defendant placed under oath by Courtroom Deputy |
| 11:28:50 AM | Stated rights of defendant and defendant acknowledged these rights |
| 11:28:53 AM | Defendant: Raymond Dugan |
| 11:28:55 AM | Stated personal information |
| 11:28:58 AM | Judge Dwane L. Tinsley |
| 11:29:00 AM | Questions defendant about indictment related matters |
| 11:30:36 AM | Defendant pleads not guilty to charge(s) contained in the indictment |
| 11:30:48 AM | Stated district judge assignment, and dates for trial |
| 11:30:55 AM | If courtroom technology is required for use at trial or other proceedings, counsel shall notify the court's technology staff five business days prior to commencement of the proceeding |
| 11:31:45 AM | Assistant U.S. Attorney: Julie M. White |
| 11:31:50 AM | All discovery has been turned over and is complete.   Motions are complete |
| 11:32:15 AM | Judge Dwane L. Tinsley |
| 11:32:37 AM | Retained Defense Attorney: David O. Schles |
| 11:32:43 AM | This is correct |
| 11:32:53 AM | Judge Dwane L. Tinsley |
| 11:32:55 AM | There is no hearing on Pretrial motions |
| 11:33:32 AM | Parties have elected the standard discovery; voir dire and witness list dates given |
| 11:33:52 AM | Make sure chambers receives a copy of all motions filed with the clerk |
| 11:33:54 AM | Advised counsel to give USMS 30 days notice for out-of-custody defendants/witnesses and cancel when unnecessary |
| 11:34:18 AM | Any objection to the defendant remaining on previous on bond? |
| 11:34:20 AM | Assistant U.S. Attorney: Julie M. White |
| 11:34:24 AM | No objection |
| 11:34:33 AM | Judge Dwane L. Tinsley |
| 11:34:50 AM | The defendant was previously released on bond and the same conditions of release are still in full force and effect |
| 11:35:18 AM | Reminder of Due Process Protections Act |
| 11:35:35 AM | Anything else counsel wishes to address? |
| 11:36:06 AM | Hearing adjourned |