# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON**
Suite 2400
300 Virginia Street, East
Charleston, WV 25301

P. O. Box 2546
Charleston, WV 25329
304/347-3000

[www.wvsd.uscourts.gov](www.wvsd.uscourts.gov)

**Reply to: Charleston**



**THOMAS E. JOHNSTON**
Chief Judge

**RORY L. PERRY II**
Clerk of Court

**HUNTINGTON**
Room 101
845 Fifth Avenue
Huntington, WV 25701
304/529-5588

**BECKLEY**
Room 119
110 North Heber Street
Beckley, WV 25801
304/253-7481

**BLUEFIELD**
Room 1000
601 Federal Street
Bluefield, WV 24701
304/327-9798

July 20, 2022

Dear Juror,

    You have been summoned for jury duty at the United States District Courthouse, 300 Virginia Street, East, Charleston, WV, for a two-day trial expected to take place beginning Tuesday, August 2, 2022. This letter comes with a confidential juror questionnaire, which **you must answer and return as part of your duties as a potential juror**.

    Because we are all affected by the COVID-19 pandemic, I want to describe some of the important precautions we are taking to protect the health of each juror, court personnel, attorneys, and parties. To the extent feasible, we intend to comply with the Centers for Disease Control and Prevention and West Virginia state government policies and practices, and recommendations from the Administrative Offices of the United States Courts, including:

1) Jurors reporting for jury duty on August 2, 2022, at 8:00 a.m. will be spread throughout a large courtroom during jury selection;
2) Jurors will be required to wear face masks (you may bring your own, but masks will be provided at the courthouse entrance) while inside the building. All participants are required to wear masks in Judge Goodwin's courtroom.
3) Appropriate social distancing practices will be followed throughout the trial for the jurors selected and all other participants.

    We will consider additional measures prior to and during the trial as guidance provides more information and recommendations.

    Attached to this letter is a brief questionnaire related to the COVID-19 pandemic. ***You must complete this questionnaire and return it no later than Thursday, July 28, 2022***. You may mail your responses in the envelope provided, or return them by email to [chasjury@wvsd.uscourts.gov](chasjury@wvsd.uscourts.gov) or by fax to (304) 347-3027.

    I know that jury service is always an imposition on citizens, but jury trials are a constitutional duty. Though COVID-19 presents new challenges, justice requires that we proceed.

Sincerely,

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

COVID-19 Juror Questionnaire
Return By: July 28, 2022

**Name:** _____  **Participant No.** _____

Pursuant to the authority of the United States District Court for the Southern District of West Virginia, you are **DIRECTED** to answer and return this questionnaire **on or before Thursday, July 28, 2022.** The judge may summon you to appear and show cause if you fail to return the questionnaire by the deadline.

You can return the questionnaire by mail, using the enclosed addressed and pre-paid envelope. You can also return your questionnaire by email to chasjury@wvsd.uscourts.gov or fax to 304-347-3027. Your responses are confidential but will be read by the parties in the case and their counsel.

| | | |
|---|---|---|
| 1. | A trial is expected to take place beginning August 2, 2022, and continuing for approximately one (1) additional day. Do you have any reason not already listed in prior correspondence why you are not able to serve on a jury for those dates? | ❏ Yes<br>❏ No |
| | If yes, explain briefly: | |
| 2. | Within the past 14 days, have you or someone you live with tested positive for COVID-19, experienced symptoms of COVID-19, such as fever, nausea, or a cough, or been in contact with someone who has been diagnosed with COVID-19? | ❏ Yes<br>❏ No |
| | If yes, explain briefly: | |
| 3. | Do you have any personal belief or physical condition that would prevent you from wearing a face mask indoors for extended periods of time? | ❏ Yes<br>❏ No |
| | If yes, explain briefly: | |
| 4. | Are you a healthcare worker or first responder directly involved with the treatment of COVID-19?<br><br>Or do you work in a job that places you in direct contact with individuals diagnosed with COVID-19 or do you live with anyone who does? | ❏ Yes<br>❏ No |
| | If yes, explain briefly: | |
| 5. | Have you received a COVID-19 vaccination?<br><br>(If you answer "Yes", provide details below.) | ❏ Yes<br>❏ No |
| | ❏ Singular dose (two not required) - Date received: _____<br>❏ Two doses - Dates received: _____<br>❏ Booster(s) - Date(s) received: _____ | |