IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 2:21-cr-00127

RAYMOND DUGAN

O R D E R

For the reasons set forth in the Motion to Seal Trial Exhibits, Exhibits 3, 4, 5, and 6, and 9 are hereby filed under SEALED.

ENTER: 27 July 2022

JOSEPH R. GOODWIN
United States District Judge