AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Raymond Dugan | ) | Case No. 2:21-cr-00127 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Tyler Dugan
1926 Chestnut St.
Kenova, WV 25530

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court 300 Virginia Street, East Charleston, WV 25301 | Courtroom No.: | Hon. Joseph R. Goodwin - 6th Floor |
|---|---|---|---|
| | | Date and Time: | Aug. 2, 2022 at 8:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: July 19, 2022

CLERK OF COURT

*Quitta Smith, Deputy Clerk*
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America, who requests this subpoena, are:

Julie J. White, AUSA
U.S. Attorney's Office
300 virginia Street, East
Charleston, WV 25301
304-345-2200
Email: julie.white@usdoj.gov

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

FILED
JUL 28 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Case No. _____

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Tyler Dugan ~~Raymond Dugan~~

was received by me on *(date)* 07/26/22.

☒ I served the subpoena by delivering a copy to the named person as follows: Tyler Dugan Taco Bell parking lot 5181 US Rt 60 E Huntington WV 25705 on *(date)* 07/27/22 1410 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/27/22

_____ 4740
Server's signature

Marcus Reth    DUSM
Printed name and title

300 Virginia St. E Charleston WV 25301
Server's address

Additional information regarding attempted service, etc: