IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.	CRIMINAL ACTION NO. 2:21-cr-00127

RAYMOND DUGAN

**ORDER**

The trial in this matter is scheduled to begin August 2, 2022 at 8:30 a.m. Counsel are instructed that, although the general mask mandate is no longer in effect, masks are still required at all times, for all individuals, in my courtroom.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:	August 1, 2022

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE