AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Raymond Dugan | ) Case No. 2:21-cr-00127 |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Eleanor Dugan
187 Lewis Branch Road
Logan, WV 25601

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court
300 Virginia Street, East
Charleston, WV 25301 | Courtroom No.: | Hon. Joseph R. Goodwin - 6th Floor |
|---|---|---|---|
| | | Date and Time: | Aug. 2, 2022 at 8:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: July 19, 2022

CLERK OF COURT

*Quitta Smith, Deputy Clerk*
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America
, who requests this subpoena, are:

Julie J. White, AUSA
U.S. Attorney's Office
300 virginia Street, East
Charleston, WV 25301
304-345-2200
Email: julie.white@usdoj.gov

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Eleanor Dugan
was received by me on *(date)* 7-20-22

☒ I served the subpoena by delivering a copy to the named person as follows:
Eleanor Dugan                                       on *(date)* 7-26-22   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 7-26-22

*Server's signature*

T. Husson, IRS
*Printed name and title*

USAO Charleston, WV
*Server's address*

Additional information regarding attempted service, etc: