# District Judge Daybook Entry

### United States District Court - Southern District of West Virginia at Charleston

Date:  8/2/2022             Case Number  2:21-cr-00127

Case Style            USA vs. Raymond  Dugan

Type of hearing       Criminal Jury Trial

Before the Honorable: 2513-Goodwin

Court Reporter        Kimberly Kaufman                 Courtroom Deputy  Robin Clark

Attorney(s) for the Plaintiff or Government

Julie White and Nowles Heinrich

Attorney(s) for the Defendant(s)

David Schles

Law Clerk            Maureen Gleason

Probation Officer    Kiara Carper

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 8:50 AM | 9:00 AM | Court actively conducting trial proceedings/Contested proceedings |
| 9:37 AM | 10:47 AM | Court actively conducting trial proceedings/Contested proceedings |
| 11:14 AM | 12:07 PM | Court actively conducting trial proceedings/Contested proceedings |
| 1:25 PM | 2:51 PM | Court actively conducting trial proceedings/Contested proceedings |
| 3:32 PM | 4:32 PM | Court actively conducting trial proceedings/Contested proceedings |
| 5:09 PM | 5:16 PM | Court actively conducting trial proceedings/Contested proceedings |

Court actively conducting trial proceedings/Contested proceedings 04:46

## Courtroom Notes

Scheduled start time 8:30 a.m.
Actual start time 8:50 a.m.

JURY TRIAL Day One
Counsel for parties present
Deft present
Review of proposed preliminary jury instructions
Motion in limine discussed.
End time 9:00 a.m.

Start time 9:37 a.m.
32 jurors are present

Voir Dire oath administered.
Voir Dire
Jury Selection
12 jurors and 1 alternate selected
1 juror not used.
Trial oath administered
Preliminary Jury Instructions
End time 10:47 a.m.

Start time 11:14 a.m.
Opening Statements by Govt
Opening Statements by Deft
Govt Witness 1 Special Agent Michael Fleener
Direct by Govt
Govt Exhibit 1 marked & admitted
Govt Exhibits 2A-2E marked & admitted
Govt Exhibits 2F-2I marked
Govt Exhibit 9 marked & admitted (SEALED)
Govt Exhibit 3,4,5, and 6 marked & admitted (SEALED)
End time 12:07 p.m.

Start time 1:25 p.m.
Cross examination of Govt Witness 1 Special Agent Michael Fleener
Redirect by Govt
Recross by Deft
Govt Witness 2 Corporal Robert Boggs
Direct by Govt
Govt Exhibit 7 marked & admitted
Cross by Deft
Deft Exhibit 1 marked
Redirect by Govt
Govt Exhibit 10 marked & admitted
Govt Exhibit 8 marked & admitted
Govt rests
Motion by Deft for judgment of acquittal
Argument by Deft
Argument by Govt
The motion is Overruled.
End time 2:51 p.m.

Start time 3:32 p.m.
Review of final jury instructions
Objections by the deft to final jury instructions; Overruled.
Deft's Proposed Jury Instructions have been filed as part of the record [ECF No. 57]
Deft rests
Closing arguments by Govt
Closing arguments by Deft
Rebuttal by Govt
Final jury instructions
The alternate juror is dismissed
Jury deliberations begin.
End time 4:32 p.m.

Start time 5:09 p.m.
The jury returns a verdict of guilty
The jury is excused
Sentencing hearing is scheduled for October 27, 2022, at 10:00 a.m.
Deft is remanded to the custody of the US Marshals.
End time 5:16 p.m.