IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:21-cr-00127

RAYMOND DUGAN

WITNESS LIST

| Presiding Judge: Joseph R. Goodwin | Government Attorney(s): Julie White and Nowles Heinrich | Defendant Attorney(s): David Schles |
|---|---|---|
| Proceeding Date(s): August 2, 2022 | Court Reporter: Kimberly Kaufman | Courtroom Deputy: Robin Clark |

| Date | Govt No. | Witness | Date | Deft No. | Witness |
|---|---|---|---|---|---|
| 8-2-22 | 1 | Special Agent Michael Fleener | | | |
| 8-2-22 | 2 | Corporal Robert Boggs | | | |