IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:21-cr-00127

RAYMOND DUGAN

**VERDICT**

As to the charge of accessing with intent to view material, that is, computer graphic image files, containing images and videos of child pornography that involved prepubescent minors which had been shipped and transported in and affecting interstate and foreign commerce in violation of 18 U.S.C. §§ 2252A(a)(5)(B) & 2252A(b)(2) as contained in the Superseding Indictment, we the jury find the defendant, RAYMOND DUGAN:

__✓__ GUILTY     _____ NOT GUILTY