IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.                                                CRIMINAL ACTION NO. 2:21-cr-00127

RAYMOND DUGAN

**ORDER**

On August 2, 2022, the court held a jury trial in this matter. The jury returned the Verdict filed on August 2, 2022.

Based on the jury's verdict, the court **ADJUDGES** the defendant Raymond Dugan guilty, and he now stands convicted of possession of child pornography in violation of 18 U.S.C. §§ 2252A (a) (5) (B) and 2252A (b) (2), as charged in the single-count Superseding Indictment.

The court **ORDERS** that the Probation Office prepare and forward a draft presentence report to the United States and counsel for the defendant no later than **September 15, 2022**; that the United States Attorney and counsel for the defendant file objections to the draft presentence report no later than **September 29, 2022**; that the Probation Office submit a final presentence report to the court no later than **October 13, 2022**; and that the United States and counsel for the defendant file a sentencing memorandum no later than **October 20, 2022**. The court **SCHEDULES** final disposition of this matter for **October 27, 2022, at 10:00 a.m.**

–1–

The court **ORDERS** the defendant detained pending sentencing.  The court **DIRECTS** that the defendant be committed to the custody of the United States Marshal for confinement.  The court further **DIRECTS** that the defendant be afforded reasonable opportunity for private consultation with counsel.  Finally, the court **DIRECTS** that, on order of a court of the United States or on request of an attorney for the United States, the person in charge of the correction facility in which the defendant is confined deliver the defendant for the purpose of an appearance in connection with court proceedings.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:  August 3, 2022

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE