IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION



UNITED STATES OF AMERICA,

v.   CRIMINAL ACTION NO. 2:21-cr-00127

RAYMOND DUGAN

# EXHIBIT LIST

| Presiding Judge: | Government Attorney(s): | Defendant Attorney(s): |
|---|---|---|
| Joseph R. Goodwin | Julie White and Nowles Heinrich | David Schles |
| **Proceeding Date(s):** | **Court Reporter:** | **Courtroom Deputy:** |
| August 2, 2022 | Kimberly Kaufman | Robin Clark |

| Govt No. | Deft No. | Date Identified | Date Admitted | Description | Location* |
|---|---|---|---|---|---|
| 1 | | 8-2-22 | 8-2-22 | Search Warrant Execution Video Excerpt | Clerk |
| 2A – 2E | | 8-2-22 | 8-2-22 | Deft's Audio Statement | Clerk |
| 2F – 2I | | 8-2-22 | Not admitted | Transcript of audio statement | US Atty |
| 9 | | 8-2-22 | 8-2-22 | CD of child pornography (SEALED) | Clerk |
| 3 | | 8-2-22 | 8-2-22 | Image of Child pornography (SEALED) | Clerk |
| 4 | | 8-2-22 | 8-2-22 | Image of Child pornography (SEALED) | Clerk |
| 5 | | 8-2-22 | 8-2-22 | Image of Child pornography (SEALED) | Clerk |
| 6 | | 8-2-22 | 8-2-22 | Image of Child pornography (SEALED) | Clerk |
| 7 | | 8-2-22 | 8-2-22 | Shim cache report | Clerk |
| | 1 | 8-2-22 | Not admitted | Report prepared by Corporal Boggs | Def Atty |
| 10 | | 8-2-22 | 8-2-22 | CD of Dugan Report | Clerk |
| 8 | | 8-2-22 | 8-2-22 | Stipulation | Clerk |

*Location options: Clerk; U.S. Atty; U.S. Marshal; Govt Atty; Pl Atty, Def Atty; agency