| Record | Tags | Comments | File Name | File Path | Last Run Date/Time - UTC+00:00 (M/d/yyyy) | Key Last Updated Date/Time - UTC+00:00 (M/d/yyyy) | File Size (Bytes) | Executed Flag | Source | Location | Evidence number source | Deleted | Recovery Method |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | tor.exe | \??\C:\Users\Tyler Dugan\Desktop\Tor Browser\Browser\TorBrowser\Tor\tor.exe | 1/1/2000 12:00:00 AM | | | True | HD3.E01 - Partition 2 (Microsoft NTFS, 223.47 GB)\Windows\System32\config\SYSTEM | Registry Key: ControlSet001\Control\Session Manager\AppCompatCache | HD3.E01 | | Parsing |
| 2 | | | torbrowser-install-win64-8.0.5_en-US.exe | \??\C:\Users\Tyler Dugan\Downloads\torbrowser-install-win64-8.0.5_en-US.exe | 1/30/2019 10:47:37 PM | | | True | HD3.E01 - Partition 2 (Microsoft NTFS, 223.47 GB)\Windows\System32\config\SYSTEM | Registry Key: ControlSet001\Control\Session Manager\AppCompatCache | HD3.E01 | | Parsing |
| 3 | | | tor.exe | \??\C:\Users\Tyler Dugan\Desktop\Tor Browser\Browser\TorBrowser\Tor\tor.exe | 11/4/2019 6:37:02 PM | | | True | HD3.E01 - Partition 2 (Microsoft NTFS, 223.47 GB)\Windows\System32\config\SYSTEM | Registry Key: ControlSet001\Control\Session Manager\AppCompatCache | HD3.E01 | | Parsing |
| 4 | | | tor.exe | \??\C:\Users\Tyler Dugan\Desktop\Tor Browser\Browser\TorBrowser\Tor\tor.exe | 10/23/2019 4:53:39 PM | | | True | HD3.E01 - Partition 2 (Microsoft NTFS, 223.47 GB)\Windows\System32\config\SYSTEM | Registry Key: ControlSet001\Control\Session Manager\AppCompatCache | HD3.E01 | | Parsing |
| 5 | | | tor.exe | \??\C:\Users\Tyler Dugan\Desktop\Tor Browser\Browser\TorBrowser\Tor\tor.exe | 10/21/2019 4:01:02 PM | | | True | HD3.E01 - Partition 2 (Microsoft NTFS, 223.47 GB)\Windows\System32\config\SYSTEM | Registry Key: ControlSet001\Control\Session Manager\AppCompatCache | HD3.E01 | | Parsing |
| 6 | | | tor.exe | \??\C:\Users\Tyler Dugan\Desktop\FAXFILE\Browser\Tor\Browser\Tor\tor.exe | 10/17/2019 12:36:32 PM | | | True | HD3.E01 - Partition 2 (Microsoft NTFS, 223.47 GB)\Windows\System32\config\SYSTEM | Registry Key: ControlSet001\Control\Session Manager\AppCompatCache | HD3.E01 | | Parsing |
| 7 | | | tor.exe | \??\C:\Users\Tyler Dugan\Desktop\Tor Browser\Browser\TorBrowser\Tor\tor.exe | 10/14/2019 1:16:18 PM | | | True | HD3.E01 - Partition 2 (Microsoft NTFS, 223.47 GB)\Windows\System32\config\SYSTEM | Registry Key: ControlSet001\Control\Session Manager\AppCompatCache | HD3.E01 | | Parsing |
| 8 | | | tor.exe | \??\C:\Users\Tyler Dugan\Desktop\Tor Browser\Browser\TorBrowser\Tor\tor.exe | 10/7/2019 1:33:12 PM | | | True | HD3.E01 - Partition 2 (Microsoft NTFS, 223.47 GB)\Windows\System32\config\SYSTEM | Registry Key: ControlSet001\Control\Session Manager\AppCompatCache | HD3.E01 | | Parsing |
| 9 | | | tor.exe | \??\C:\Users\Tyler Dugan\Desktop\Tor Browser\Browser\TorBrowser\Tor\tor.exe | 9/27/2019 5:44:12 PM | | | True | HD3.E01 - Partition 2 (Microsoft NTFS, 223.47 GB)\Windows\System32\config\SYSTEM | Registry Key: ControlSet001\Control\Session Manager\AppCompatCache | HD3.E01 | | Parsing |
| 10 | | | tor.exe | \??\C:\Users\Tyler Dugan\Desktop\Tor Browser\Browser\TorBrowser\Tor\tor.exe | 9/13/2019 1:34:00 PM | | | True | HD3.E01 - Partition 2 (Microsoft NTFS, 223.47 GB)\Windows\System32\config\SYSTEM | Registry Key: ControlSet001\Control\Session Manager\AppCompatCache | HD3.E01 | | Parsing |
| 11 | | | tor.exe | \??\C:\Users\Tyler Dugan\Desktop\Tor Browser\Browser\TorBrowser\Tor\tor.exe | 8/14/2019 9:48:38 AM | | | True | HD3.E01 - Partition 2 (Microsoft NTFS, 223.47 GB)\Windows\System32\config\SYSTEM | Registry Key: ControlSet001\Control\Session Manager\AppCompatCache | HD3.E01 | | Parsing |
| 12 | | | tor.exe | \??\C:\Users\Tyler Dugan\Desktop\Tor Browser\Browser\TorBrowser\Tor\tor.exe | 7/12/2019 12:56:29 PM | | | True | HD3.E01 - Partition 2 (Microsoft NTFS, 223.47 GB)\Windows\System32\config\SYSTEM | Registry Key: ControlSet001\Control\Session Manager\AppCompatCache | HD3.E01 | | Parsing |
| 13 | | | tor.exe | \??\C:\Users\Tyler Dugan\Desktop\Tor Browser\Browser\TorBrowser\Tor\tor.exe | 6/27/2019 5:34:09 PM | | | True | HD3.E01 - Partition 2 (Microsoft NTFS, 223.47 GB)\Windows\System32\config\SYSTEM | Registry Key: ControlSet001\Control\Session Manager\AppCompatCache | HD3.E01 | | Parsing |



GOVERNMENT EXHIBIT
CASE NO. 2:21-cr-00127
EXHIBIT NO. 7