UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:21-cr-00127

RAYMOND DUGAN

JOINT STIPULATION

The United States and the defendant hereby stipulate and agree to the following:

1. The individuals depicted in the images contained in Government's Exhibits 3-6 are real people known to law enforcement.

2. The individuals depicted in the images contained in Government's Exhibits 3-6 were under the age of 18 years when the images and videos were produced and manufactured.

3. The images and videos depicted in Government's Exhibits 3-6 depict sexually explicit conduct.

4. The images and videos depicted in Government's Exhibits 3-6 were produced and manufactured outside the State of West Virginia and, therefore, have been shipped and transported in interstate or foreign commerce, including by computer.

5. Logan is located in Logan County, West Virginia, and within the Southern District of West Virginia.



Dated: 05·11·22

WILLIAM S. THOMPSON
United States Attorney

By: *Julie M White*
JULIE M. WHITE
Assistant United States Attorney

*[signature]*
DAVID SCHLES
Counsel for Defendant
Dated: 5/16/22

*[signature]*
RAYMOND DUGAN
Defendant
Dated: 5-10-67