# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                                                                                    Case number: 2:21-cr-00127

**RAYMOND DUGAN**

### DEFENDANT'S SUPPLEMENT TO SENTENCING MEMORANDUM

Raymond Dugan, by counsel, David Schles, submits this supplement to his previously filed sentencing memorandum and motion for downward variance to provide this Court with the attached letters of support for Mr. Dugan. These letters from friends, family members and Mr. Dugan's employer are intended to demonstrate the positive impact Mr. Dugan has had on the lives of others and the existence of a strong support system of people who care for and support Mr. Dugan.

Respectfully Submitted,
Raymond Dugan,
By counsel,

**s/ David Schles**
David Schles (WV Bar #6375)
815 Quarrier Street
Suite 306
Charleston, WV 25301
(304) 344-1559
Schleslaw@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                                                                  Case number: 2:21-cr-00127

RAYMOND DUGAN

**CERTIFICATE OF SERVICE**

    I, David Schles, counsel for defendant, Raymond Dugan, do hereby certify that on this 25th day of October 2022, the foregoing DEFENDANT'S SUPPLEMENT TO SENTENCING MEMORANDUM and attachments was served upon the following by CM/EMF electronic filing to:

Ms. Julie White
Assistant United States Attorney
P. O. Box 1713
Charleston, WV  25326-1713

                                                                               s/ David Schles
                                                                               David Schles, WV Bar #6375
                                                                               815 Quarrier Street
                                                                               Suite 306
                                                                               Charleston, WV 25301
                                                                               (304) 344-1559
                                                                               Schleslaw@gmail.com