October 23, 2022

Honorable Joseph R. Goodwin

US District Court for Southern West Virginia

300 Virginia St.E.

Charleston, WV 25304

Dear Sir:

    I, Eleanor Dugan, am writing this letter to you to provide a character reference letter for my husband, Raymond Dugan. I have known Raymond since December 1987 when we first met and started dating. We were married in June 1992.

    I want to try to paint a picture of the man I know and love. From the very beginning of our relationship, he has always been kind-hearted and loving. We had a long distant relationship for several years. He would drive all the way from Pittsburgh to Man, WV, to visit me every other weekend. And after we were married and our son was born, I couldn't have asked for a better father for my son. He jumped right in and changed diapers and feed and bathe Tyler. He is such a proud and devoted dad. He loves his family dearly. He is such a likable person, that some of my nephews are closer with Ray than they are me. I don't know anyone who doesn't like him. He has nothing bad to say about anyone and he doesn't use foul language. His boss at Husky Corporation even volunteered to fly in from St. Louis to speak of Ray's character at the sentencing, but Ray's lawyer said a letter would suffice.

    My dad, who has passed, and my mom who is bedfast were always very fond of him. During my dad's illness in 2004, he was a great help by staying nights with him some at the hospital. Also, when his own dad suffered a debilitating stroke, he packed up their entire house almost single-handedly to move them to Logan Country so we could be of help to them. He even purchased them a home in Logan because they had had financial difficulties and couldn't get a home on their own. He did all he could for them while working a job that kept him on the road a lot. When his mother got sick with cancer, he had to help do many things that a son doesn't normally have to do for a mother. For instance, we would change her colostomy bags and help clean her up when he was the only one there. I know this put him in a very uncomfortable situation seeing his mom like that, but he never hesitated. He grieved a lot for the loss of his mom and dad and still is.

While Tyler was growing up as an only child, there were numerous kids at our house. Some children would even claim a room at our house because they had a bad home life and felt safe and happy in our home. One young girl even asked us if she could have her birthday party at our house, which we gladly obliged. We would load up both our cars with many kids to take them to Camden Park, haunted hayrides and other activities. Some, which are grown now, send both Ray and I posts for Mother's and Father's Day. All the kids loved him and still do. All these kids that I talk to about being at our home, describe it as some of their best memories ever. They call us their second parents.

While Tyler was growing up, Ray volunteered to be a coach and on the board of Little league in Man, WV. He also volunteered to help with scouts. Ray also served as the videographer for Tyler's middle school basketball team. Tyler was involved in academic games and Ray did not miss a competition. He drove us to Orlando, Knoxville, Charlotte and Wheeling for the national competitions with no hesitation. If his son was involved, he would be there if at all possible. He worked on the road a lot as Tyler was growing up and would be so disappointed if Tyler's activities were scheduled while he was on the road. Tyler loves his dad immensely and is blessed to have such a wonderful father.

Other activities that I think show Ray's true character are more of his volunteer work, such as highway garbage pickup with the church volunteers and his involvement with our local animal rescue group, The Paws Squad. He would go to the pound and get the bigger dogs that the ladies couldn't handle and transport them to the vet to get ready for rescue. We, as a team, have also fostered dogs and transported dogs from Logan to Huntington to meet rescue groups. He is a true animal lover. Over the years, we have had as many as 6 dogs at once. Right now, we have one that is kidney failure and has to have subcutaneous fluids every day. When Ray was at home, he would always do that for me because he knew it hurt me so badly to stick my little dog. He hated sticking her too but chose to do it to keep me from having to. He also gave her heart medicine every day. When a stray cat came to our house a couple years ago, he immediately took it in and now we have 2 cats as well as our 2 dogs.

I work as a pharmacist and have been diagnosed with 2 serious autoimmune diseases which cause severe fatigue. Recently, the one has weakened my bones and I now have 3 fractures in my back. I know, if Ray were home, I wouldn't have to lift a finger and I have been struggling without him. Because of my illnesses and even before, Ray would cook our evening meal every day and clean up the house because he knew I didn't have the energy after working all day. He also helped with the laundry and did many projects around the house such as laying floors and redoing old ceilings. He also did all the grocery shopping for us because it would take all of my energy to do it and I would become short of breath. I also am blind in one eye, so it is very difficult for me to see to drive at night. In the winter when it would be dark by the time I finished work, he would come get me so I didn't have to drive. He also paid all the bills because years ago I bounced a check mistakenly and was so distraught that he took over the bill paying to take that

pressure off of me. As you can read, he is a very unselfish person and has went above and beyond for our family. I don't know any other father that has done so much,

He was always the driver for any vacation we ever took, even when other members of our family were along. He enjoyed seeing everyone have fun and tried to make it the best experience for them he could. He would drop us off anywhere we needed and go park the car just so we didn't have to walk a long distance.

In years past, we were very involved in church, and he was voted Sunday School president. We both have returned to our faith that we never should have forsaken. He had been going to Christ Temple in Huntington by himself on his way home from work trips and rededicated himself and was baptized without us even knowing until it was over with. I received a copy of his certificate of baptism from his baptism in January in the mail. He has turned his life back over to God and is studying his bible every day. He has told me he has even prayed the prayer of salvation with two of his cellmates since he has been in jail.

He is a very charitable person. We, as a couple, have given monthly to St. Jude's Children's hospital for 30 years, have helped raise a child named Selam in Ethiopia from five years of age until now that she is twenty with our monthly donations through Christian Children's Fund. We also give a monthly donation to Wounded Warriors. Also, we donate to the Shriner's funds for children, in honor of my dad who was Shriner. Also, we give offerings weekly at church.

He cares very much about others. He once passed a gentleman in his yard laying with blood coming out of his mouth. Ray stopped and did CPR on him until the ambulance got there. Luckily, the man survived. He also helped in an emergency situation when a former pastor of ours was having a heart attack. As for me, he would do anything possible he could to help me or make me happy. The same for our son, Tyler, his wife and daughter.

He was overjoyed to welcome our first grandchild, Averly, in June and I know he is suffering now because of not being able to see her. I am eternally grateful that my son was raised by a caring, loving father who was a hard worker, gentle, kind and never laid a hand on him. I know he will be the best Pap he can possibly be to Averly.

Ray has never been in trouble with the law before and as far as I know, never even had a speeding ticket. He had always been a model citizen that loves and appreciates the country in which he lives.

I hope this letter has presented Ray as the kind of man he truly is...a loving, dedicated, generous, family man. I also hope that the court will take this into consideration at sentencing. I know he has been under constant torture in his mind since June of 2020 when this all began. I know if he could, he would turn back time and undo what was done. I know he would never be a physical threat to a child. He really is a good human being.

Sincerely,

*Eleanor Dawn Dugan*

Eleanor Dawn Dugan