October 23, 2022

Honorable Joseph R. Goodwin

US District Court for Southern West Virginia

300 Virginia St. E.

Charleston, WV

Sir,

I, Tyler Dugan, am writing to you on behalf of my father, Raymond Dugan, to shed some light on the type of man he is.

For as long as I can remember, my dad has been my very best friend.  Growing up, he was a traveling salesman, so he would be gone most of the week on the road.  Every Friday when he would come home was like Christmas morning for me.  I knew without a doubt that he loved me with all of his heart and still does.  My dad moved from his hometown in the suburbs of Pittsburgh, PA to southern West Virginia to start a life and family with my mom.  I could write a novel about how wonderful my childhood was, but to put it short, I had a mother and father whom both adored me and always put my happiness first.

No matter what I was involved in, be it sports or academic clubs, my dad was always involved and supportive in any way he was needed.  He did everything, from coaching little league teams, to chaperoning school trips.  If I was doing it, my dad was there to help.

I am an only child, so our house was always filled with my friends coming to play or spend the night.  Over the years, they developed a bond with my parents, seeing them as family to them.  My dad, or "Papa Earl" as my friends know him as, has always been a mentor, friend, and father like figure to them.  A perfect example that comes to mind is when one of my best friends growing up transferred schools and began running with the wrong crowd of people.  My dad invited him and his mom over to talk to him, trying to help lead him in the right direction, and also offered to drive him to school in the mornings with me if he wanted to transfer back to our old school.  So every morning, we would go pick him up from his house and dad would drive us both to school, just as if we were both his sons.  He truly is the embodiment of the saying "treats strangers as friends and friends as family."

That being said, if you were to spend any amount of time talking with my dad, it would be clear that family is the most important thing to him.  He has always gone above and beyond for those he loves, and treats all of my mom's side of the family as though they are blood relatives.  He took care of both of my grandparents, his parents, when they were sick.  He has done everything in his power to always take care of my mom and me.  Throughout college and into my early 20's, I hit some rough patches in life.  No matter where I was at or what I was doing, I knew I could call my dad and he would be there in an instant to help me with whatever I needed.  He has always been my biggest supporter and has picked me up when I've fallen low.  I can honestly say that I probably wouldn't be here today if it wasn't for the love and dedication that he and my mom have showed me.

My dad became a grandfather, or "Pap" as we call him, in June of this year.  His granddaughter, Averly, quickly became his pride and joy.  It has warmed my heart to see his eyes light up anytime he's seen her or even talked about her.  Since I have become a father myself, I have come to appreciate so much the dad that I was blessed with.  In any decision I have to make regarding my daughter, I take into consideration what my own dad would've done.  He was/is a shining example of what a loving father should be.

I know my father deserves to be punished, but I pray he doesn't have to miss out on my daughter's entire life.

Thank you,

*Tyler Dugan*

Tyler Dugan