Shantessa Adkins
36 Annapolis Street
Chapmanville, WV 25508
304-687-9329
October 23, 2022

Dear Sir:

I've know Raymon Dugan for over 20 years now. He was the father of one of my best friends growing up, so I spent a lot of time around him and his family. He was always kind to my family and I. I spent time at their home for birthday parties, vacationed with him and his family, visited haunted houses together, and much more.

I have always looked at Ray as my second father and Eleanor as my second mother. I spent more time with them when I was a child than I did with my own parents. I would choose to ride with them to events such as haunted houses or ball games because I enjoyed being around them. I can specifically remember a time we went to a haunted corn maze and I wore flip flops. I ran out of my flip flops and Ray carried me through the rest of the corn maze.

Ray is a great guy. I have spent many family vacations with him at different locations, but mostly Myrtle Beach. I remember playing corn hole with Ray and his family, going out to eat at different locations, and riding multiple rides. I always enjoyed the time I spent with Ray and his family.