| | |
|---|---|
| **From:** | Cayce Mullins |
| **To:** | Schleslaw@gmail.com |
| **Subject:** | Character Reference Ray Dugan |
| **Date:** | Sunday, October 23, 2022 8:40:43 PM |

To whom it may concern,

  I am writing this in reference to Ray Dugan, a man who has always went above and beyond for his family. I was asked to speak a little about my thoughts on Ray. If anyone could outside of his immediate family, it would be me, as I basically lived with them growing up. Tyler and I became best friends long ago - during buddy league basketball season nearly 17-18 years ago.  From around age 9 on I would spend about every single weekend at their house & weeks at a time during summers. I always looked at Ray as a father figure, as he showed us the same love, as well as toughness, he did for his own son. He never made us feel like we were anything less or more than his family. He always tried to teach us to do the right thing, be upstanding young men, and if we failed to meet that standard, the pain of feeling like we disappointed him was punishment enough. All in all, I always greatly respected Ray growing up, & the Ray Dugan that I knew and loved, was a hard working, upstanding family man.


Sincerely,
Cayce Mullins
332 Suncrisp Path
Georgetown, KY
40324