October 23, 2022

Honorable Joseph R Goodwin
Judge at US District Court for Southern WV
300 Virginia St., E
Charleston, WV  25304

Dear Honorable Judge Goodwin:

The purpose of this letter is to provide a character reference for Raymond Dugan whom I have known as my uncle-in-law since I was a teenager.

Ray has always been a devoted family man.  He has always worked hard to support his family, and when his father and mother were dying, he provided loving care to each of them during their illnesses.  This was very difficult to do at times, since his job required him to travel on occasion, but he always made sure someone was there to meet their needs at his own expense.  The death of his parents was especially traumatic to Ray, because he had no siblings to grieve with.

Like I mentioned above, Ray has always been a hard worker.  His employers appreciated his work ethics and his willingness to travel, even though it was difficult being away from his family.  He knew, however, that in the business world, it was a necessary sacrifice to provide for them.

Throughout the years, Ray has been a loyal friend to me and my family, and we knew we could count on him if we ever needed help.  We spent many vacations and holidays together, and we enjoyed our time with him.

If you need any further information, please feel free to contact me at 304-687-7149 or at PO Box 1142, Man, WV  25635.

Thanks in advance for your consideration in this matter.

Sincerely,

Thomas J Crosby, Jr.