October 22, 2022

Honorable Joseph R Goodwin
US District Court Judge
US District Court for Southern WV
300 Virginia Street, East
Charleston, WV  25304

Dear Honorable Judge Goodwin:

    I am writing this letter in support of Raymond Dugan who has been my brother-in-law since 1992.

    Over the 30 plus years that I have known Ray, I have seen him demonstrate much kindness and patience.  My sister has limited vision in her right eye, and he has taken such good care of her.  He has done many things, such as making many trips to pick her up from work after dark, and just in general being a good support system for her.

    Ray and my sister hosted many parties at their home over the years which were attended by dozens of children who were friends with their son, Tyler.  These children are now young adults and have fond memories of their time spent there.  I feel Ray was always respectful to these children.  My other sister and I were discussing yesterday that we cannot recall a single time he ever even used foul language.  They have a pool, so it was not uncommon for several children to be there at any given time.  He was like a father figure to a lot of them and was also a good father to his son.

    In closing I would like to say that these opinions are based on my observations of him over 30 years.  I am filled with gratitude for the sacrifices he has made for my sister and Tyler.  I feel this speaks volumes for his character.

    Thank you for your time and consideration.

                                                 Sincerely,

                                               Sherlyn Neblett
                                             304-942-2606
                                             PO Box 752
                                             Huntington, WV  25712