October 20, 2022

Honorable Joseph R. Goodwin
United States District Court Judge
US District Court for Southern West Virginia
300 Virginia St., E
Charleston, WV  25304

Dear Sir:

I am writing this letter on behalf of Raymond Dugan whom I have known since 1987 when he was dating my sister.  They eventually married in 1992 and had a son a few years later.

Throughout the years, I have always perceived Ray as a dedicated family man who loved his wife and son dearly.  He would do anything to ensure their well being and happiness.  My sister's job as a pharmacist can be very stressful and demanding at times, and Ray would always try to ease her burden by cooking for the family and helping around the house.  He was also very involved in his son's academic and sporting activities.  My nephew Tyler thinks of his dad as his best friend, because he was always so immersed in what was going on in Tyler's life.

As a member of our extended family, Ray was always willing to help in any situation.  I remember one circumstance in particular.  My dad was dying from cancer and spent long stretches in the hospital.  My mom, my sisters, and I were exhausted from staying with him around the clock.  Ray, without hesitation, stepped forward to help us with him, so we could get some much-needed rest.

I realize we can never fully know another person, but the person I know as Raymond Dugan is a kind, dedicated family man, who always wants the best for others.

Respectfully submitted,

Marilyn E. Crosby

Marilyn E Crosby
PO Box 162
Kistler, WV  25628
304-687-3427