10/21/2022

To whom it may concern,

My name is James Miller and Raymond Dugan is my uncle. He has been since he married my Aunt Eleanor decades ago when I was a teenager. Ray and I hit it off from the first time we met. He and I have been close through the years no matter the distance between us or amount of time between seeing one another.

Throughout my life there have been so many times that Ray has been there for me that it's impossible to recall them all.  When I was a young man in my late teens, Ray came to my rescue when my car broke down outside Bluefield Virginia. He worked in the evenings to get the motor running again and had he not, I don't know what I'd have done. When I went through my divorce, he was there to love and support me. When I was at my weakest, he was there offering kind words and encouragement. Ray came into my life and has always helped and cared for and loved me and my family. He has a good heart. He is an eternal optimist. He is a genuine and caring man.

In his own community Ray is well known and loved. He was a fixture at his son's ballgames. Ray has one child, I son named Tyler and through Tyler's friendships, countless children have been close to Ray. Ray and Eleanor opened their home to all of Tyler's schoolmates. Thiers was the house where everyone gathered after ballgames and on school breaks. To my knowledge, not one of those children has every so much as murmured a bad or accusatory word about Ray. My own children have been in Ray's care, and he took good care of them while they were. I trusted Ray and so did many, many other parents. He never let us down or betrayed that trust.

I do not make excuses for Ray and if he is guilty of what he is accused then he must pay his debt. I only ask that you please consider that Ray is not a monster. He is not the worst thing that he has ever done. He is much more than that. He is a husband and father and now a grandfather. He is a beloved uncle and son in law and neighbor. I pray that he receives mercy. I pray that the remainder of his life is not thrown away. I hope that my words help to provide a small glimpse into the complete person. He is my uncle and my friend, and I love him. If there is anything that I can do to be of assistance, do not hesitate to reach out to me.

Thank you,


James Miller

304-633-9669

8214 White Ash Ct.

Mint Hill, NC 28227