Donald and Marsha Carter
34 Butternut Trail
Sumerco, WV 25567
304-687-8977

Date: October 20, 2022

Honorable Joseph R. Goodwin:

We are writing this letter on behalf of Raymond (Ray) Dugan. We became acquainted with Ray and his family over 20 years ago when our children started school together. Throughout the years, we have been on multiple family vacations, we have celebrated our children's birthdays and achievements, and developed a strong friendship with Ray and his family. Ray has always been one of the humblest, caring, and modest people that we have ever known.

We understand your time is valuable, but we would like to elaborate on some of our personal experiences with Ray.

Over the course of our friendship, us being parents ourselves, we were amazed at how family oriented and devoted Ray was. He was always making sure that everyone was able to enjoy themselves at any event/function. For instance, we have always taken our children along with all their friends to celebrate Halloween by visiting multiple haunted houses. This turned into a yearly tradition with as many as 15 children and adults. This was an activity that our kids looked forward to and planned all year long. Ray always made sure everyone, including the adults, had transportation, tickets, food, or whatever anyone needed. On one occasion in a haunted corn maze, our daughter ran out of her shoes and couldn't find them. So, what did Ray do, he carried her all through the corn maze and back to the car. The kids would always argue over who was going to ride with Ray and Eleanor because they were the "cool" parents. On another occasion, we all went to the movies and the kids were wanting to watch something that was "R" rated and Ray would not allow it due to their age. We have heard Ray on multiple occasions encouraging kids to always push to excel in life.

We have taken numerous family vacations and even at times shared condos with Ray and his family. Ray was always the one that done the trip planning and scheduling activities for the time we would be away. Everything he planned was always family oriented and age appropriate for the kids. He would go above and beyond to make sure the trip was perfect. He always made us have a stress-free vacation as he handled all the small details. He would get up very early, way before anyone else, and go down to the beach to make sure all umbrellas, chairs, etc. was set up in the perfect spot for the day. During the beach day, Ray was always interacting with the kids and adults, whether it be swimming, playing corn hole, or just sitting around talking. He has always been the type of person that you could count on.

During a hardship in our life, when my husband became ill, Ray was always willing to lend a helping hand and do whatever to help ease the burden of a sudden illness. Also, due to Ray's work experience, he was able to guide and give valuable information during a career change.

Ray has proven himself time after time to be a true friend, one you can count on regardless on what you need or ask for, he has always been just an awesome person to be around. Finding someone that didn't feel the same way about Ray as we do, would be in our opinion nearly impossible.

Sincerely,

*Donald and Marsha Carter (signatures)*

Donald and Marsha Carter