| | |
|---|---|
| **From:** | duganronpat@netscape.net |
| **To:** | schleslaw@gmail.com |
| **Subject:** | Raymond Dugan |
| **Date:** | Wednesday, October 19, 2022 7:55:32 PM |

To Whom it May Concern:

I, Patricia McCarthy Dugan, am writing concerning the character of my nephew Raymond Dugan.

I have known Raymond since he was born. His parents and I were very close. His mother Mary Jane and I were particularly good friends. We then communicated on a weekly basis. To my knowledge, Raymond was never in trouble in his youth, at home, in school, or at his work.

I personally do know that when his parents got into financial difficulty due to his father's health issues, Raymond purchased a home for them and moved them from Pennsylvania to West Virginia to be near him. He cared for his father until his father's death and continued to care for his mother until her death. During those years, I spoke to his mother almost daily. It was a very difficult time.

Please consider these facts during his sentencing.

Patricia McCarthy Dugan

Sent from the all new AOL app for Android