

24 October 2022

Honorable Joseph R. Goodwin
U.S. District Court for the Southern District of West Virginia
300 Virginia Street
E. Charlestown, WV 25304

Dear Judge Goodwin:

I am sending you this letter in relation to the case of Raymond Dugan, for the crime of accessing child pornography.  Ray has worked for me since 13 July 2018, and in that period of time, I have developed a good opinion of Ray's character, behavior, and work ethic.

I am the President and owner of Husky Corporation, a Midwestern manufacturing company that sells its petroleum solutions equipment around the world.  Prior to working at Husky, I was an officer in our Army Special Forces and in that capacity, I sat on many court-martial boards. Based on that experience I believe a man is innocent until proven guilty.  As a result of my belief in due process, and my good opinion of Ray, I kept him on as an employee for nearly a year after he was indited. Throughout his proceedings he was forthright with me and did not attempt to hide or obscure his pending charges.  Frankly, I could not believe he was guilty based upon what I had observed of his character and behavior.

When Ray began working for me four years ago, he was Husky's Upper Midwest and Eastern Canada Regional Sales Manager.  From the start, he was a tireless worker. Even when work called him to a problem site in Chicago or Newfoundland in the middle of winter, he was off without a complaint.  When Husky needed a sales manager for the entire East Coast, we offered it to Ray.  He accepted the position esthetically and did his usual outstanding job.



During Ray's four years with Husky, we got to know his wife and son; Ray's devotion to them was obvious. We also learned of his involvement in community organizations and local sports. He displayed an admirable commitment to service and willingness to give back to his community.

The pandemic set in and Husky was declared critical and essential and therefor remained open throughout. Ray, however, is married to a medical professional who was concerned about her family's health and well-being and requested that Ray remain locked down, performing almost all of his work-related duties remotely from his home office. Most of our customers were also locked down, so this did not impact Ray's ability to effectively perform his job. While he was unable to leave his home, Ray also suffered some family tragedies, and I can only imagine that the combination of these things is what pushed him over the edge. Based on my experience working with and getting to know Ray, the behavior for which he has been convicted is just so out of character for him.

In conclusion, all I can say is that I believe that Ray is a good man with a good heart. I know that he is very repentant and I wish him well. I respectfully request that to the extent that you have some flexibility in sentencing, that you would consider applying leniency in light of his otherwise good character. You are welcome to contact me at (314) 422-7498 or gsutcliffe@husky.com if you have questions or would like any additional information.

Best Regards,

Grenville G. Sutcliffe
President, Husky Corporation