IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.                                  CRIMINAL ACTION NO. 2:21-cr-00127

RAYMOND DUGAN

### ORDER

For the reasons set forth in the United States' Motion to File Under Seal, the court **GRANTS** the United States' motion [ECF No. 114] to seal the supporting exhibit to the United States of America's Sentencing Memorandum Regarding Payment.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:      October 26, 2022

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE