# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | |
|---|---|
| Date: | 10/27/2022 |
| Case Number: | 2:21-cr-00127 |
| Case Style: | USA vs. Raymond Dugan |
| Type of hearing: | Sentencing |
| Before the Honorable: | 2513-Goodwin |
| Court Reporter: | Kimberly Kaufman |
| Courtroom Deputy: | Robin Clark |
| Attorney(s) for the Plaintiff or Government: | Julie White and Nowles Heinrich |
| Attorney(s) for the Defendant(s): | David Schles |
| Law Clerk: | Chantae Simms |
| Probation Officer: | Kiara Carper |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 10:00 AM | 11:08 AM | Non-Trial Time/Uncontested Time |

Time in court: 1 hours and 8 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 10:00 a.m.
Actual Start 10:00 a.m.

Deft present in person and by counsel.
Deft placed under oath.
Court addresses PSR and objections:
Court adopts findings in PSR.
Court makes findings re: applicable U.S.S.G ranges
Court addresses Sec. 3553(a) factors and hears from parties re: relevant sentencing issues.
Counsel speak before sentence is imposed.
Defendant speaks on own behalf.
After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, the court imposes sentence as follows:
Custody: 54 months
Supervised Release: 5 years
Fine: none imposed
Assessment: $100
Additional special assessment: $5,000
Determination of restitution is deferred. A restitution hearing is scheduled for January 12, 2023, at 2:30 p.m. The government must file a memorandum with the court no later than December 22, 2022, supporting amount of the loss sustained by the three victims as a result of the Defendant's crime. The Defendant may submit a response to the government's memorandum due no later than January 5, 2023.
Sentence imposed as stated.
Deft advised of right to appeal.
Deft remanded.
Court recessed at 11:08 a.m.