IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.                                           CRIMINAL ACTION NO. 2:21-cr-00127

RAYMOND DUGAN

ORDER

Per the sentencing hearing held on October 27, 2022, Defendant, Raymond Dugan, shall immediately deposit a total of $17,000 with the Clerk of the Court. The determination of restitution is deferred until January 12, 2023, at 2:30 p.m.

Upon receipt, the Clerk of the Court is **ORDERED** to hold the $17,000 in trust, pending resolution of the issue of restitution by the court on January 12, 2023.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:     October 27, 2022

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE