IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:21-cr-00127

**RAYMOND DUGAN**

## NOTICE OF ABANDONMENT

Comes now the United States of America, by Julie M. White, Assistant United States Attorney for the Southern District of West Virginia, and hereby gives notice that the United States will not pursue forfeiture of the visual depictions and any books, magazines, periodicals, films, videotapes, and other matter which contain such visual depictions, which were produced, transported, mailed, shipped, or received in connection with the violations set forth in the Indictment including a PNY 240 GB HD, Serial Number SSD2SC240G1SA754D117. Instead, defendant, RAYMOND DUGAN, hereby agrees to release, relinquish, waive, or abandon to the United States or to the State of West Virginia any and all rights, titles, and interests he may have in all assets seized by law enforcement.

Defendant acknowledges as a convicted felon, he has no right to possess the PNY 240 GB HD, Serial Number SSD2SC240G1SA754D117, either actually or constructively.

1

Defendant further agrees that the property referenced herein, PNY 240 GB HD, Serial Number SSD2SC240G1SA754D117, will be destroyed, or otherwise disposed of by federal, state, or local law enforcement officers according to law.  Accordingly, there is no need for any further order of forfeiture regarding this asset.

Dated this  27th  day of October 2022.


PREPARED BY:

s/Julie M. White  *Julie M. White*
JULIE M. WHITE
Assistant United States Attorney
WV State Bar No. 13971
300 Virginia Street, East
Room 4000
Charleston, WV  25301
Telephone:  304-345-2200
Fax:  304-347-5104
E-mail: julie.white@usdoj.gov

SEEN AND APPROVED BY:

/s/David Schles  *DS (seen and approved)*
DAVID SCHLES
815 Quarrier Street
Suite 306
Charleston, WV  25301
(304) 344-1559
Schleslaw@gmail.com

2