# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**UNITED STATES OF AMERICA**

v.  Case number: 2:21-cr-00127

**RAYMOND DUGAN**

### NOTICE OF APPEAL

This 9th day of November, 2022, Defendant Raymond Dugan, by counsel, hereby gives notice of his intent to appeal to the United States Court of Appeals for the Fourth Circuit: the denial of his pretrial motions; his conviction entered August 2, 2022; the denial of his motions for judgment of acquittal and for a new trial entered September 30, 2022; and the judgment entered and the sentence imposed in this matter on October 27, 2022, by the United States District Court for the Southern District of West Virginia, the Honorable Joseph R. Goodwin, Judge.

Respectfully Submitted,
Raymond Dugan
By counsel,

**s/ David Schles**
David Schles (WV Bar #6375)
815 Quarrier Street
Suite 306
Charleston, WV 25301
(304) 344-1559
Schleslaw@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**UNITED STATES OF AMERICA**

v.  Case number: 2:21-cr-00127

**RAYMOND DUGAN**

CERTIFICATE OF SERVICE

I, David Schles, counsel for defendant, Raymond Dugan do hereby certify that on this 9th day of November 2022, the foregoing NOTICE OF APPEAL was served upon the following by CM/EMF electronic filing:

Julie M. White
Assistant United States Attorney
P. O. Box 1713
Charleston, WV 25326-1713

s/ David Schles
David Schles, WV Bar #6375
815 Quarrier Street
Suite 306
Charleston, WV 25301
(304) 344-1559
Schleslaw@gmail.com