FILED: November 10, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4642
(2:21-cr-00127-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

RAYMOND DUGAN

        Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
| Originating Case Number | 2:21-cr-00127-1 |
| Date notice of appeal filed in originating court: | 11/09/2022 |
| Appellant(s) | Raymond Dugan |
| Appellate Case Number | 22-4642 |
| Case Manager | Rickie Edwards 804-916-2702 |