Generated: Nov 15, 2022 11:38AM                                                                                      Page 1/1



# U.S. District Court

### West Virginia Southern - Charleston

Receipt Date: Nov 15, 2022 11:38AM

ELEANOR TRIPLETT

| Rcpt. No: 2000469 | | Trans. Date: Nov 15, 2022 11:38AM | | | Cashier ID: #EB |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 700 | Criminal Debt | DWVS221CR000127 /001<br>RAYMOND DUGAN | 1 | 5100.00 | 5100.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $5,100.00 |
| | | Total Due: | $5,100.00 |
| | | Total Tendered: | $5,100.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.