# UNITED STATES DISTRICT COURT
## for the
### West Virginia Southern

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1243
Sterling, VA 20166-1243

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:** Douglas W Smith
1200 U.S. Courthouse
300 Virginia Street East
Charleston, WV 25301-2523

☐ **Original Notice**
Date: 10/08/2021
By: Douglas Smith, Sr USPO

☒ **Notice of Disposition**
Date: 11/21/2022
By: Douglas Smith, Sr USPO

**Defendant:** Raymond Dugan
**Case Number:** [0425 2:21CR00127]-[001]

**Date of Birth:** ███
**SSN:** ███
**Place of Birth:** Pittsburgh, Pennsylvania, United States

**Notice of Court Order** (Order Date: 08/10/2021)

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number ███ and/or passport card number _____ to the custody of the U.S. District Court on 10/8/2021.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☐ The above order of the court is no longer in effect.
☐ Defendant not convicted – Document returned to defendant.
☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
☒ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court