

# U.S. District Court

## West Virginia Southern - Charleston

Receipt Date: Dec 30, 2022 9:37AM

ELEANOR TRIPLETT

| Rcpt. No: 2000625 | | Trans. Date: Dec 30, 2022 9:37AM | | | Cashier ID: #KP |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 700 | Criminal Debt | DWVS221CR000127 /001<br>RAYMOND DUGAN | 1 | 17000.00 | 17000.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| PC | Paper Check | #2692 | 12/27/2022 | | $17,000.00 |
| | | | Total Due Prior to Payment: | | $17,000.00 |
| | | | Total Tendered: | | $17,000.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.