IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.                                         CRIMINAL ACTION NO. 2:21-cr-00127

RAYMOND DUGAN

**ORDER**

Pending before the court is the defendant's unopposed motion to continue hearing [ECF No. 136]. For good cause shown, the unopposed motion to continue hearing is **GRANTED**. The restitution hearing, previously scheduled in the matter for January 12, 2023, at 2:30 p.m., is **CONTINUED GENERALLY** due to the pending appeal in this matter.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: January 4, 2023

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE