# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff – Appellee,**

v.                                                            No. 2:21-cr-00127-1

**RAYMOND DUGAN,**

    **Defendant – Appellant.**

## NOTICE OF APPEARANCE

Notice is hereby given of the appearance of Shawn A. Morgan of Steptoe & Johnson PLLC as counsel of record for Defendant-Appellant Raymond Dugan. It is requested that all pleadings, discovery, and all other matters filed in this action be served upon the undersigned.

Respectfully submitted this 3rd day of February 2023.

|  |  |
|---|---|
| STEPTOE & JOHNSON PLLC<br>OF COUNSEL | */s/ Shawn A. Morgan*<br>Shawn A. Morgan (WV ID # 6640)<br>400 White Oaks Boulevard<br>Bridgeport, WV 26330<br>(304) 933-8000<br>shawn.morgan@steptoe-johnson.com<br><br>*Counsel for Raymond Dugan* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February 2023, a true and correct copy of the foregoing "Notice of Appearance" was electronically filed and served through the Court's CM/ECF system on counsel of record listed as:

>Julie M. White
>Assistant United States Attorney
>U.S. Attorney's Office
>300 Virginia St., E.
>Charleston, WV 25301
>julie.white@usdoj.gov

>>/s/ Shawn A. Morgan