IN THE UNITED STATES DISTRICT COURT FOR THE SOUTEHRN DISTRICT OF WEST VIRGINIA AT CHARLESTON

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,

v.                                                                                         No. -2:21-cr-00127-1

RAYMOND DUGAN,

    Defendant – Appellant.

## **NOTICE OF INTENT TO REDACT PERSONAL IDENTIFIERS**

    Defendant - Appellant Raymond Dugan ("Mr. Dugan") submits this Notice of Intent to Redact Personal Identifiers in conjunction with his planned filings of a Notice of Intent to Request Redaction of Personal Identifiers and a Motion to Redact Additional Information. Mr. Dugan requests redaction of personal identifiers from the transcripts of the following court proceedings in *United States v. Dugan*, 2:21-cr-00127-1 (S.D. W. Va. Oct. 27, 2022): the August 17, 2021 arraignment hearing; the April 29, 2022 pretrial motions hearing; the June 13, 2022 arraignment hearing; the August 2, 2022 voir dire, jury selection, and trial; and the October 27, 2022 sentencing hearing.

    Consistent with the United States District Court for the Southern District of West Virginia's January 17, 2023 Filed Appeal Transcript, Mr. Dugan shall file his Notice of Intent to Request Redaction of Personal Identifiers by February 7, 2023.

    Respectfully submitted this 3rd day of February 2023.

|  |  |
|---|---|
| STEPTOE & JOHNSON PLLC<br>Of Counsel | /s/ Shawn A. Morgan<br>Shawn A. Morgan<br>400 White Oaks Boulevard<br>Bridgeport, WV  26330<br>(304) 933-8000<br><br>Counsel for Raymond Dugan |

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February 2023., I electronically served the foregoing notice on the parties in this matter using the CM/ECF system, which will send notification to the following:

>Julie M. White
>Assistant United States Attorney
>U.S. Attorney's Office
>300 Virginia St., E.
>Charleston, WV 25301
>julie.white@usdoj.gov

>Kimberly L. Kaufman
>Court Reporter for the Honorable Joseph R. Goodwin
>P.O. Box 2546
>Charleston, WV 25329
>Kimberly_Kaufman@wvsd.uscourts.gov

/s/ Shawn A. Morgan

2

15950386.4