IN THE UNITED STATES DISTRICT COURT FOR THE SOUTEHRN DISTRICT OF WEST VIRGINIA AT CHARLESTON

UNITED STATES OF AMERICA,

      Plaintiff – Appellee,

v.                                                                                                     No. 2:21-cr-00127-1

RAYMOND DUGAN,

      Defendant – Appellant.

**DEFENDANT-APPELLANT'S NOTICE OF INTENT TO REQUEST REDACTION OF PERSONAL IDENTIFIERS**

Notice is hereby given that a Request for Redaction of Personal Identifiers[1] will be submitted to the court reporter or transcriber within twenty-one (21) days from the filing of the following official transcripts in *United States v. Dugan*, 2:21-cr-00127-1 (S.D. W. Va. Oct. 27, 2022):[2]

I.    Date official transcript filed with the Clerk of Court: January 17, 2023

      Court reporter or transcriber: Kimberly L. Kaufman

      Date(s) of proceeding: August 17, 2021

---

[1] Amendments to the Federal Rules of Civil Procedure and the Federal Rules of Criminal Procedure effective December 1, 2007, implement the E-Government Act of the 2002's requirement to protect the privacy and security of publicly available electronic filings and provide that personal identification information be redacted from documents filed with the court as follows: individuals' social security numbers, names of minor children, financial account numbers, dates of birth, and in criminal cases, home addresses. Redaction requests beyond the scope of the rules must be made as motions.

[2] Any party who files a Notice of Intent to Redact and fails to file a Request for Redaction of Personal Identifiers must withdraw said notice.

       Type of proceeding: Arraignment Hearing

II.    Date official transcript filed with the Clerk of Court: January 17, 2023

       Court reporter or transcriber: Kimberly L. Kaufman

       Date(s) of proceeding: April 29, 2022

       Type of proceeding: Hearing on Pretrial Motions

III.    Date official transcript filed with the Clerk of Court: January 17, 2023

       Court reporter or transcriber: Kimberly L. Kaufman

       Date(s) of proceeding: June 13, 2022

       Type of proceeding: Arraignment Hearing

IV.    Date official transcript filed with the Clerk of Court: January 17, 2023

       Court reporter or transcriber: Kimberly L. Kaufman

       Date(s) of proceeding: August 2, 2022

       Type of proceeding: Voir Dire and Jury Selection

V.    Date official transcript filed with the Clerk of Court: January 17, 2023

       Court reporter or transcriber: Kimberly L. Kaufman

       Date(s) of proceeding: August 2, 2022

       Type of proceeding: Jury Trial

VI.    Date official transcript filed with the Clerk of Court: January 17, 2023

       Court reporter or transcriber: Kimberly L. Kaufman

       Date(s) of proceeding: October 27, 2022

2

Type of proceeding: Sentencing

|  |  |
|---|---|
| | _/s/ Shawn A. Morgan_ |
| | Shawn A. Morgan |
| STEPTOE & JOHNSON PLLC | 400 White Oaks Boulevard |
| Of Counsel | Bridgeport, WV  26330 |
| | (304) 933-8000 |
| | |
| | Counsel for Raymond Dugan |

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February 2023, I electronically served the foregoing on the parties in this matter using the CM/ECF system, which will send notification to the following:

>Julie M. White
>Assistant United States Attorney
>U.S. Attorney's Office
>300 Virginia St., E.
>Charleston, WV 25301
>julie.white@usdoj.gov
>
>Kimberly L. Kaufman
>Court Reporter for the Honorable Joseph R. Goodwin
>P.O. Box 2546
>Charleston, WV 25329
>Kimberly_Kaufman@wvsd.uscourts.gov

>*/s/ Shawn A. Morgan*

15950125.5