UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                            Criminal No. 2:21-cr-00127

RAYMOND DUGAN

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now Julie White, Assistant United States Attorney for the Southern District of West Virginia and informs the Court that one RAYMOND DUGAN is a sentenced prisoner and is now incarcerated in the FCI Elkton, Lisbon, OH, and that the said RAYMOND DUGAN has been convicted of a violation of Title 18, United States Code 2252A (a) (5) (B), and Title 18, United States Code, Section 2252A (b) (2). The presence of RAYMOND DUGAN is necessary for a restitution hearing before the United States District Court for the Southern District of West Virginia, at Charleston, West Virginia, on June 14, 2023 at 10:00 a.m.

WHEREFORE, your petitioner prays for an Order of this Court directing the United States Marshal for the Southern District of West Virginia, or any other authorized law enforcement officer, to produce the body of said RAYMOND DUGAN that RAYMOND DUGAN may appear before the United States District Court for the Southern District of West Virginia at Charleston, West Virginia, on June 14, 2023 at 10:00 a.m.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

/s/ Julie White_____
Julie White
Assistant United States Attorney
WV Bar No. 13971
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email: Julie.white@usdoj.gov