UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  Criminal No. 2:21-cr-00127

RAYMOND DUGAN

### ORDER ON PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO    FCI Elkton
LISBON, OH  44432
Telephone: 330-420-6200

Greetings:

WE COMMAND YOU that you surrender the body of RAYMOND DUGAN detained in the FCI Elkton under your custody, as it is said, to the United States Marshal for the Southern District of West Virginia, and/or one of his deputies, or any other authorized law enforcement officer, to the end that RAYMOND DUGAN's body will be before the United States District Court for the Southern District of West Virginia at Charleston, West Virginia, on June 14, 2023 at 10:00 a.m., or at such other time or times as the District Court may direct.

ENTER:

_____
Honorable Dwane L. Tinsley
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  Criminal No. 2:21-cr-00127

RAYMOND DUGAN

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA, OR ANY AUTHORIZED LAW ENFORCEMENT OFFICER:

TO EXECUTE:

WE COMMAND that you proceed to the FCI Elkton, LISBON, OH 44432, and remove therefrom the body of RAYMOND DUGAN and produce him under safe and secure conduct before the United States District Court for the Southern District of West Virginia at Charleston, West Virginia, on June 14, 2023 at 10:00 a.m., or at such other time or times as the District Court may direct; and upon completion of RAYMOND DUGAN's restitution hearing, RAYMOND DUGAN, being a sentenced prisoner, that you dispose of said defendant as directed by the Court [and in accordance with the Interstate Agreement on Detainers Act].

RORY L. PERRY II, Clerk

By:_____
Deputy Clerk

Date:

CUSTODY ASSUMED:

Executed this _____ day of _____, 20

By: _____
United States Marshal/Deputy or Authorized Law Enforcement Officer