IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.                       CRIMINAL ACTION NO. 2:21-cr-00127

RAYMOND DUGAN

### ORDER

Pending before the court is the United States' Motion to Seal. [ECF No. 134]. The motion is **GRANTED**. The revised supporting exhibit [ECF No. 134-2] to the United States' Restitution Memorandum shall be **SEALED** from public view.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

                                  ENTER:     June 9, 2023

                                  JOSEPH R. GOODWIN
                                  UNITED STATES DISTRICT JUDGE