IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:21-cr-00127

RAYMOND DUGAN

**ORDER**

For reasons appearing to the court the restitution hearing, previously scheduled in this matter for June 12, 2023, at 10:00 a.m., is **RESCHEDULED** to **July 17, 2023, at 1:30 p.m.**

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: June 9, 2023

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE