# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                                    **Case number: 2:21-cr-00127**

**RAYMOND DUGAN**

## WAIVER OF APPEARANCE AT RESTITUTION HEARING

I, Raymond Dugan, defendant in this matter after advice from trial counsel, hereby waive

my right under Rule 43 of the Federal Rules of Criminal Procedure  to be present at the hearing

on restitution to be held before the United States District Court for the Southern District of West

Virginia, the Honorable Joseph R. Goodwin,  Judge. This waiver is knowing and voluntary and is

intended to apply whether the hearing on restitution is held on the currently scheduled date of

June 14, 2023, or on a prior or subsequent date.

Raymond Dugan
Defendant

6-7-23
Date

Witness