# EXHIBIT ONE