IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.   CRIMINAL ACTION NO. 2:21-cr-00127

RAYMOND DUGAN

ORDER

Pending before the court is the United States' Motion to Seal Exhibit. [ECF No. 166]. The motion is **GRANTED**. Exhibit One [ECF No. 166-1] to the United States' Restitution Memorandum shall be **SEALED** from public view.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: July 12, 2023

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE