# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 7/17/2023 | Case Number: | 2:21-cr-00127 |
| Case Style: | USA vs. Raymond Dugan | | |
| Type of hearing: | Restitution Hearing | | |
| Before the Honorable: | 2513-Goodwin | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Robin Clark |

Attorney(s) for the Plaintiff or Government:

Julie White

Attorney(s) for the Defendant(s):

David Schles

| | |
|---|---|
| Law Clerk: | Chantae Simms |
| Probation Officer: | Kiara Carper |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 1:27 PM | 1:50 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 23 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled start time 1:30 p.m.
Actual start time 1:27 p.m.

Counsel for parties present
Deft waived his right to be present
The court and the parties discuss restitution.
Additional documentation will be provided by the Govt
The matter is under advisement
The court's ruling will be reduced to writing at a later date
End time 1:50 p.m.